

## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR DARIEN, GEORGIA IN THE MUNICIPAL COURT OF MCINTOSH COUNTY

<mark>State agencies are:</mark> Private for profit business.

Case Number: 2024STCR274

**"WE THE PEOPLE"** of the United State of America
TERRY DELAN SIMPSON., Terry Delan Simpson
An original descendant to these lands,
One of we the people,                 **Petitioner,**
in Fact Sui Juris Jus Soli a living soul
v.

1:24-cv-310-MOC-WCM

FILED
ASHEVILLE, NC

DEC 27 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

**"Under the color of Law agencies"** so named:
**Defendants as followed:**
State of Georgia, Inc. - 069230183
County of McIntosh, Inc.
City of Darien, Inc.
District Court of Darien County, Inc.
Federal Judicial district of Darien, Inc.
McIntosh County Sheriff Department and 10-12 un-named sheriff officer incl/2 un-named bailiffs
**(Necessary joinder claim to be filed later)**
MCSD - Sheriff Stephen D. Jessup – Bdg #
MCSD - Sgt. Maj. Jennifer Miller – Bdg #
MCSD - Cpl. Austin Snachez - Bdg #1212
MCSD - Cpl. Tyler Scott - Bdg #1235
MCSD -
MCSD - Deputy Chief George Trexler – Bdg #
MCSD – Christopher Chapman - Bdg #1214
MCSD - Cpl. Jones – Bdg # 1239
Def Attorney/Chief Judge - Samuel G. Oliver
City Manager/City Attorney – Richard E. Braun
McIntosh County Attorney - Adam Poppell
McIntosh County State Judge - Jean C. Bolin
City Of Darien, GA – County Manager Patrick Zoucks
City Of Darien, GA - Mayor Hugh Hodge
Governor Elect of The State of Georgia - - Brian P. Kemp
Senator - Jon Ossoff
Senator - Raphael Warnock
Towing Company - ? **(Necessary joinder claim to be filed later)**
                        **Defendants,**

_____/

1

# NOTICE AND DEMAND FOR ABATEMENT

## COMPLAINT/CLAIM OF CIVIL RIGHTS VIOLATIONS- 42 U.S.C. § 1983 - Class Action Civil Lawsuit
### DEMAND FOR A TRIAL by JURY - Racketeering and Trafficking
### Emolument Violation's - Jay Treaty Violations
### Malicious Intent - Monell claim - FRAUD

### There is no "statute of limitation" on Fraud and Jurisdiction Claims!

### United State Inc. / the State of Georgia Inc. and Defendants is in Breach of Contract with the United State of America and the Jay Treaty Act! Capital Treason!

## § 50-21-26. Notice of Claim Against State; Time for Commencement of Action; Examination of Records to Facilitate Investigation of Claims; Confidential Nature of Documents and Information Furnished.

Ante litem notice: ATTN: Wade Damron Director of (DOAS).The Petitioner is making his notice to defendants listed above/agents/agencies alike that individual tort claims for personal Injury against government entities for $3 million are being written up and will be submitted on each public official and appropriate agencies. Georgia's Risk Management Division of the Department of Administrative Services (DOAS).

## Interrogatory Definitions and Background:

1) As use herein, the term "Petitioner" or "Plaintiffs" or "Simpson" shall mean Terry, Terry Simpson or Mr. Simpson.
2) "You" and "your" or "XYZ" shall mean XYZ "Government entity" or "Government employer".
3) The "XYZ Defendants" shall mean XYZ "Government entity" or "Government employer" collectively or defendants of such entities.
4) The "Code" unless excluded within the midst of another proper name shall mean "The Constitution of the State of Georgia or "Constitution of the United States of America".
5) "Complaint" refers to the Verified Complaint filed by the "Petitioner" against "Defendants"
6) "Communications" means or refers to all written, typed and/or electronic documents including, but not limited to: written correspondence, letters, memoranda, notes, facsimile transmissions, email in electronic format and hard copy, **flash drives**, text messages and recorded voice messages and video.
7) **Petitioner, Terry Simpson** (hereinafter "Petitioner"), by and through undersigned counsel; **pro se'**, is **SUEING** the Defendants (Hereinafter "Defendants"); State of Georgia, Inc., County of McIntosh, Inc., City of Darien, Inc., District Court of Darien County, Inc., Federal Judicial district of Darien, Inc., McIntosh County Sheriff Department and 10-12 un-named sheriff officer incl/2 un-named female bailiffs, MCSD - Sheriff Stephen D. Jessup – Bdg #, MCSD - Sgt. Maj. Jennifer Miller – Bdg #, MCSD - Cpl. Austin Snachez - Bdg #1212, MCSD - Cpl. Tyler Scott - Bdg #1235, MCSD - Officer Chris Mitchel - Bdg #1219, MCSD - Deputy Chief George Trexler – Bdg #, MCSD – Christopher Chapman - Bdg #1214, MCSD – Cpl. Jones – Bdg # 1239, BAR Assoc. – Chief Judge/Def Attorney - Samuel G. Oliver, City

2

Manager/City Attorney – Richard E. Braun, McIntosh County Attorney - Adam Poppell, McIntosh County State Judge - Jean C. Bolin, City Of Darien, GA – County Manager Patrick Zoucks, City Of Darien, GA - Mayor Hugh Hodge, **Governor Elect** of The State of Georgia - Brian P. Kemp, Senator Jon Ossoff, Senator Raphael Warnock, Towing Company and Owner - ? And is supported thereof alleges as follows:

8) **"STATE OF GEORGIA"** is listed as a business for profit on Dun and Bradstreet and is located in the **District of Columbia.** The evidence behind this is that the United States is located in the District of Columbia as per UCC 9-307(h). **"State of Georgia"** is a sub-corporation of United States. 4 USC 72 also covers this idea as well: "All officers attached to the seat of government shall be exercised in the **District of Columbia**, and not elsewhere, except as otherwise expressly provided by law."

9) <u>In case of a natural person, to state:</u>
   - Name; Last known address; Employer or business affiliation;
   - Occupation and business position held; home, cell, office phone number.

   <u>In case of an entity other than a natural person, to state:</u>

   - Name; place of incorporation, if any; principal place of business
   - The identity of all officers, directors or partners of the entity; and
   - The identity of all controlled subsidiaries of the entity.

## VENUE AND JURISDICTION

1. The Plaintiff is an adult divine **living Man of God** who resides in North Carolina and was travelling through the city of Darien, on I-95 in the State of Georgia traveling north bound.
2. All Defendants (corporate entities and officers) under the coloring of the law, reside in the State of Georgia.
3. All incidences/violations occurred in the city of Darien Georgia, McIntosh County Georgia, and is controlled by the corporate entity of the State of Georgia Inc., US Inc. a foreign entity controlled by the British of Columbia, All residing in the Southern District of Georgia, Eleventh Judicial Circuit. Is a claim valued in the excess of $75,000.00?
4. If Plaintiff errors in venue proceeding, he will be given corrective allowances and corrected procedure advice. This case is about the truth, not procedures. ==All that is required is that the pleading be in a format that "any reasonable persons could or can understand" which this pleading conforms to.==

   **Certificate of service**, I hereby certify that a true and correct copy of the foregoing notice will be served on the above persons agents and agencies under notice staging his notice to principal notice principles notice staging.

## Clarification and Novation of Parties

When born, my mother "abandoned" the various "products of conception" These products were part of the live birth and the Certificate of Live Birth involves only those abandoned products, not the male body of which I possessed and inhabit to this day.

3

A **"Certificate of Live Birth":** is a document that is an abandonment and naturalization document. It is a document that shows that product of the **Live Birth** were abandoned and it also is my mother conferring the nationality of the State called **"STATE of FLORIDA"** upon the abandoned products of conception, after birth, by any means whatsoever (naturalization). This effective naturalized, what was assumed to be me, falsely, into the District of Columbia.

There is a specific line on my Certificate of Live Birth entitled "Date received by local Health Officer." This date is the date that a public corporation/trust/estate was opened as a lawful fiction which represents the abandoned products of conception.

This public corporation/trust/estate is represented by my name, converted into a trade name or 'doing business as" name of my name in all capital letters: TERRY DELAN SIMPSON.

My private name Terry Delan Simpson was stolen at birth using a unilateral contract/adhesion contract derived by dis-information of facts of a fictitious name "TERRY DELAN SIMPSON". The unauthorized use of an individual's name or likeness in a way that could be considered harmful to their reputation is considered a violation of their right to privacy, Use of a Protected Attribute, defamation of reputation or goodwill, Invasion of Privacy Through Misappropriation, Invasion of Privacy by Intrusion Into Private Affairs, Invasion of Privacy by Public Disclosure of Embarrassing Private Facts. Any unauthorized use of that name for commercial purposes will be a cause of action for trade mark infringement, economic rights, misappropriation and violation of the right of publicity.

This corporation/trust/estate is a **person**, as per most definitions found of the word.

**THE SOCIAL SECURITY NUMBER IS AN EMPLOYER IDENTIFICATION NUMBER (EIN/TIN) FOR THE PUBLIC CORPORATION/TRUST/ESTATE AND IS NOT ATTACHED TO THE NATURAL PERSONS. EIN NUMBERS ARE ASSIGNED TO BUSINESSES, NOT MEN AND WOMEN, USING A FICTICIOUS NAME FOR A DEAD ENTITY/VESSEL.**

**The definition of "Live Birth: is**: "Live birth" means the complete expulsion or extraction from its mother of a product of conception (irrespective of the duration of pregnancy) which, after such separation, breathes or shows any other evidence of life such as beating of the heart, pulsation of the umbilical cord, or definite movement of voluntary ...

**The definition of "Certificate" is:** "statement of some fact in a writing signed by the party certifying."- **Nowell v. Mayor and Council of Monroe, 177 Ga. 648, 17 S.E. 136, 141**

## Points of Novation

**NO STATE SHALL PASS ANY LAW IMPAIRING THE OBLIGATION OF CONTRACTS" IS A PROVISION IN THE UNITED STATES CONSTITUTION, ARTICLE 1, SECTION 10, and CLAUSE 1. THE CLAUSE IS KNOWN AS THE CONTRACT CLAUSE.**

## Private Right of Action - 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty:

**Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be unlawful shall be deemed guilty of a felony.**

4

**Every contract**, combination in the form of **trust** or otherwise, or **conspiracy**, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be unlawful. Every person who shall make any contract or engage in any combination or conspiracy hereby declared to be unlawful shall be deemed guilty of a **felony**, and, on conviction thereof, shall be punished by fine not exceeding ==$100,000.000 if a corporation==, or, if any other ==person, $1,000,000==, or by imprisonment not exceeding ==10 years, or by both== said punishments, in the discretion of the court.

1. All previous assumed or expressed arbitration agreements are hereby void due to fraud, lack of consideration and dis-information of facts. No parties are any longer eligible for **ANY** arbitration activities and discovery, right to a jury trial and ALL other rights of due process are hereby retained explicitly by all parties.
2. Without prejudice and the reserving of all rights is hereby activated for both TERRY DELAN SIMPSON and Terry Delan Simpson. All rights are reserved at all times.
3. All negotiable instruments (promissory notes and bills of exchange) involving all transactions on all accounts past, present and future, are hereby novated under fraud (lack of clear conditions/terms, fraud, unjust enrichments, etc.). All past, present and future blank indorsements are hereby canceled. ALL BOND/BLANK INDORSEMENTS, FROM THIS POINT FORWARD, NEED TO BE EXPLICITLY INDORSED "pay to the order of: bearer" OTHERWISE THEY CANNOT BE ASSUMED TO BE BLANK. The new qualified /special indorsement for all past, present and future securities is now the following (consideration to all currency exchanges will be paid once performance of Federal Reserve Discount Window services have been completed and Federal Reserve Notes are returned to the payee). The courts and officers unlawfully tried to have me endorse their bond that was placed on me unlawfully.

### Black's Law Definitions:

1. ==BIBLE IS THE LAW OF THE LAND! END OF STORY!== **- Statue 97-280 PUBLIC LAW 97-280—OCT. 4, 1982 – GOD'S Law is Supreme law of the land.**
2. **A "Certificate of Live Birth":** is a statement of fact that a live birth occurred. Typically, there are aspects of the live birth, such as the placenta, which is "abandoned" (left for disposal) by the mother. This could also be other parts of the birth such as the umbilical cord.
3. **A Precedent: -** is something that precedes, or comes before. The Supreme Court relies on precedents—that is, earlier laws or decisions that provide some example or rule to guide them in the case they're actually deciding.
4. **An injunction: -** is a court order requiring a person to do or cease doing a specific action. There are three types of injunctions: Permanent injunctions, Temporary restraining orders and preliminary injunctions. Temporary restraining orders (TRO) and preliminary injunctions are equitable in nature.
5. **Ante litem:** is a Latin term that translates to "before litigation" or "before a lawsuit." An Ante Litem Notice in Georgia is a formal notification that must be provided to a government entity before a lawsuit can be filed against it for certain types of claims.
6. **Assume -** to accept something to be true without question or proof: We mustn't assume the suspects' guilt.

7. **"Attorney General":** includes the Attorney General of the United States, the Deputy Attorney General of the United States, the Associate Attorney General of the United States, any Assistant Attorney General of the United States, or any employee of the Department of Justice or any 0employee of any department or agency of the United States so designated by the Attorney General to carry out the powers conferred on the Attorney General by this chapter. Any department or agency so designated may use in investigations authorized by this chapter either the investigative provisions of this chapter or the investigative power of such department or agency otherwise conferred by law.

8. **Amdt5.4.5 Immunity**

9. **Automobile:** an "automobile" is a passenger vehicle that does not transport persons for hire. This includes station wagons, sedans, vans, and sport utility vehicles. California Vehicle Code (CVC) §465.

10. **A "commercial vehicle":** is a vehicle which is used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property (for example, trucks and pickups). CVC §260.

11. **Cestui Que Vie Act 1666:** – Cestui que vie remaining beyond Sea for Seven Years together and no Proof of their Lives, Judge in Action to direct a Verdict as though Cestui que vie were dead. If such person or persons for whose life or lives such Estates have been or shall be granted as aforesaid shall remain beyond the Seas or elsewhere absent themselves in this Real me by the space of seven years together and no sufficient and evident proof be made of the lives of such person or persons respectively in any Action commenced for recovery of such Tenements by the Lessors or Reversioners in every such case the person or persons upon whose life or lives such Estate depended shall be accounted as naturally dead, And in every Action brought for the recovery of the said Tenements by the Lessors or Reversioners their Heirs or Assignees, the Judges before whom such Action shall be brought shall direct the Jury to give their Verdict as if the person so remaining beyond the Seas or otherwise absenting himself were dead.

12. **Citizen:** they are the people who compose the community, and who, in their associated capacity, have established or submitted themselves to the dominion of a government for the promotion of their general welfare and the protection of their individual as well as collective rights. **Herriott v. Seattle, 81 Wn.2d 48, 500 P.2d 101, 109.**

13. **Constitution Court of Records:** - Asking the judge for a constitution court of records is a court that keeps a permanent record of its proceedings, acts, and decisions.

14. **Contracts of Adhesion:** - **MY FAVORITE...** An adhesion contract is a legal agreement that is drafted by one party, but not the other. This means that the party signing the agreement had no chance to bargain for the agreement's terms. Instead, it is a "take it or leave it" situation. **This is the fraud of these GOVERNMENT ENTITIES!**

15. **Commerce Terms:** CPR = Citizen, Person, Resident = Dead Entity/Vessel

16. **Corpus delecti:** - Corpus delecti (Latin for "body of the crime"; plural: corpora delecti), in western law, is the principle that a crime must be proved to have occurred before a person can be convicted of committing that crime.

17. **Cusip Number:** - is a unique nine-digit identification number assigned to **financial securities** in the United States and Canada. It covers equity, debt, derivatives, and other securities. CUSIP numbers are used to create a concrete distinction between securities that are traded on public markets.

6

18. **De facto:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which exists actually and must be accepted for all practical purposes, ==but which is unlawful or illegitimate==. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by **usurpation, or without lawful title.**

19. **De Jure:** Of right; legitimate; lawful; by right and just title.

20. **De novo:** - is a Latin term that means "anew," "from the beginning," or "afresh." When a court hears a case "**de novo**," it is deciding the issues without reference to any legal conclusion or assumption made by the previous court to hear the case.

21. **Dis-Information of Facts:** "deliberately misleading or biased information; manipulated narrative or facts; propaganda."

22. **"Documentary material":** includes any book, paper, document, record, recording, or other material.

23. **Domicile:** That place in which a man has voluntarily fixed the habitation of himself and family, not for a mere special or temporary purpose, but with the present intention of making a permanent home, until some unexpected event shall occur to induce him to adopt some other permanent home.

24. **Driver:** means any person who operates any commercial motor vehicle. **49 CFR § 390.5**

25. **Enfranchisement:** the giving of a right or privilege, especially the right to vote. "The World War hastened the enfranchisement of women" historical - liberation from imprisonment or slavery.

26. **"Enterprise":** includes any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity;

27. **Emolument:** – Definitions from 1604-1806 – Profit, Gain, Advantage, Benefits received by virtue of holding an office or having employment A clause in the U.S. constitution prevents sitting legislators from receiving emoluments from their own votes" keeping government officials who have crossed the line accountable. Called an emolument violation. Article I, Section 9, Clause 8: **No Title of Nobility shall be granted by the United States:** And no **Person** holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

28. **Ens Legis:** – A creature of the law; an **artificial being, as contrasted with a natural person**. Should read it contrasted with a **MAN or WOMAN** applies to corporations, considered as deriving their existence entirely from the law. – Blacks Law 4ᵗʰ edition.

29. **Fallacy laws:** – Rules, codes, statues, ordinances and executive orders. Aka/ bi-laws. So they are not laws.

30. **Fiducia:** from the Latin Fiducia, meaning **"trust,"** a person (or a business like a bank or stock brokerage) who has the power and obligation to act for another (often called the beneficiary) under circumstances which require total trust, good faith and honesty.

31. **Franchise:** The ALL capital lettering of your name was turned into a franchise for the government. A franchise can also refer to a privilege or immunity that the government grants to a corporation or individual.

32. **FRAUD:** an intentional perversion of the truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is

7

intended to deceive another so that he shall act upon it to his legal injury. Brainerd Dispatch Newspaper Co. v. Crow Wing County, 196 Minn. 194, 264 N.W. 779, 780.

33. **FRAUDULENT REPRESENTATION:** A false statement as to material fact, made with intent that another rely thereon, which is believed by other party and on which he relies and by which he is induced to act and does act to his injury, and statement is fraudulent if speaker knows statement to be false or if it is made with utter disregard of its truth or falsity. Osborne v. Simmons, Mo.App. 23 S.W.2d 1102, 1104.

34. **FRAUD IN TREATY**: Arises where a person is induced by some fraudulent representation or pre-tense to execute the very instrument intended to be executed but under a misrepresentation as to the contents thereof. Meyers v. Murphy, 181 Md. 98, 28 A.2d 861, 862.

35. **Foreign Government**: includes any government, faction, or body of insurgents within a country with which the United States is at peace, irrespective of recognition by the United States.

36. **Hypothecate:** – the practice where a debtor pledges collateral to secure a dept. or as a condition precedent to the debt, or a third party pledges collateral for the debt.

37. **Hearsay: -** information that you have heard but do not know to be true: The evidence against them is all hearsay.

38. **In-a-lien-able Rights:** - something that is not transferable or that is impossible to take away. Every constitution provides for fundamental rights which are inalienable rights.

39. **Individual Trust:** - is a trust that an individual creates, formally naming themselves as the beneficiary. Personal trusts are separate legal entities that have the authority to buy, sell, hold, and manage property for the benefit of their trustors.

40. **Inducement:** The relevant definition of 'induce' is (1) 'to move by persuasion or influence [;]' (2) "to call forth or bring about by influence or stimulation [;]' and (3) "to cause the formation of [.]' Similarly, Black's Law Dictionary defines inducement as '[t]he act or process of enticing or persuading another person to take a certain course of action.' We note that all of the above-cited definitions of . . . 'induce' are similar in that they involve active persuasion, request, or petition.

41. **International Monetary fund:** the International Monetary Fund is a major financial agency of the United Nations, and an international financial institution funded by 190 member countries, with headquarters in Washington, D.C.

42. **Irrefutable:** impossible to refute: incontrovertible. Irrefutable proof. Irrefutability.

43. **Jurisdiction:** are authority, command, control, dominion, power, and sway. While all these words mean "the right to govern or rule or determine," jurisdiction applies to official power exercised within prescribed limits.

44. **Location of the United States:** – The United States is located in the District of Columbia.

45. **Manumission:** is the process where an individual enslaver releases an enslaved person from slavery. Abolition is the legal process of ending slavery. Emancipation means to grant enslaved people freedom.

46. **Magna Carta was issued in June 1215** and was the first document to put into writing the principle that the king and his government was not above the law. It sought to prevent the king from exploiting his power, and placed limits of royal authority by establishing law as a power in itself. (*See exhibits attached*) (*'Stare decisis'*).

47. **Monell claim:** is based on the Monell doctrine, a 1978 decision by the U.S. Supreme Court. Under this doctrine, individuals can challenge individual law enforcement officers,

8

municipalities, and police policies when misconduct (in certain situations) causes harm or violates their constitutional rights.

48. **Nation**: Nations or states are independent bodies politic; societies of men united together for the purpose of promoting their mutual safety and advantage by the joint efforts of their combined strength.

   **2.** But every combination of men who govern themselves, independently of all others, will not be considered a nation; a body of pirates, for example, who govern themselves, are not a nation. To constitute a nation another ingredient is required. The body thus formed must respect other nations in general, and each of their members in particular. Such a society has her affairs and her interests; she deliberates and takes resolutions in common; thus becoming a moral person who possesses an understanding and will peculiar to herself, and is susceptible of obligations and rights. Vattel, Prelim. §1, 2; 5 Pet. S. C. R. 52. - **Bouvier's Law Dictionary, 1856 Edition**

49. **Naturalization:** "as per 8 USC 1101(a)(23) is defined as: "The term 'naturalization' means the conferring of nationality of a state upon a person after birth, by any means whatsoever".

50. **Novation Agreements: (a) Conditions for CMS approval of a novation agreement.**
   **Novation agreement requirements:**
   **(1) Advance notification.**
   **(2) Advance submittal of agreement**
   **(3) CMS's determination**

51. **Parens Patria':** where the state is the parent stolen at birth.

52. **Peer:** equals; those who are a man's equals in rank and station; this being the meaning in the phrase **"trial by a jury of his peers."**

53. **Previously Act:** is the 4th most important word in law. Why? Because, anything previously done is a settled matter. (hence) **'stare decisis'**

54. **Presume**: suppose that something is the case on the basis of probability.

55. **"Pro se' litigant:** "Pro se" is Latin for "in one's own behalf." The right to appear pro se in a civil case in federal court is defined by statute **28 U.S.C. § 1654.**

56. **Public Corporations:** A "Public corporation" is: one created by the state for political powers and to act as an agent in the administration of civil government. **Blacks law 4th edition.**

57. **"Pattern of racketeering activity":** requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

58. **Peace:** The tranquility enjoyed by a political society, internally by the good order which reigns among its members, and externally by the good understanding it has with all other nations. Applied to the internal regulations of a nation, peace imports, in a technical sense, not merely a state of repose and security as opposed to one of violence or warfare, but likewise a state of public order and decorum. - Black's Law 4th Edition

59. **Peonage:** labor in a condition of servitude to extinguish a debt. The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited U.S. Code.

60. **"person", 26 U.S. Code § 5690** - as used in this subchapter, includes an officer or employee of a corporation or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs.

61. **Public Charitable Trust**

62. **"Racketeering investigator":** means any attorney or investigator so designated by the Attorney General and charged with the duty of enforcing or carrying into effect this chapter;

63. **"Racketeering investigation":** means any inquiry conducted by any racketeering investigator for the purpose of ascertaining whether any person has been involved in any violation of this chapter or of any final order, judgment, or decree of any court of the United States, duly entered in any case or proceeding arising under this chapter.

64. **Refutation:** the action of proving a statement or theory to be wrong or false. "Scientific theory is always tentative, open to refutation".

65. **Resident:** residence is where you live temporarily or for part of the year. Domicile is your permanent home.

66. **Rule 41. Search and Seizure - 18 U.S.C. § 2331**

67. **Security Exchange Committee**: The Securities and Exchange Commission (SEC) oversees securities exchanges, securities brokers and dealers, investment advisors, and mutual funds in an effort to promote fair dealing, the disclosure of important market information, and to prevent fraud.

68. **SMU:** SHIT MADE UP.

69. **Standings:** How the government sees you for their records. They consider you an indigent. God's law of Self-determination eliminates this.

70. **Stare Decisis:** meaning in Latin **"to stand by things decided,"** is a legal principle that directs courts to adhere to previous judgments — or judgments of higher or tribunals — as it has persuasive and binding authority while resolving a case with allegedly comparable facts.

71. **"State":** In its largest sense, a "state" is a body politic or a society of men. – Black's Law 6th edition.

72. **Subject Matter – Jurisdiction**: is the authority or power that each court has over certain types of legal disagreements (disputes). For a court to hear a particular case, it must have subject matter jurisdiction over the issue or issues that you are asking the court to decide on.

73. **Sui Juris**: having full legal capacity to act on one's own behalf: not subject to the authority of another.

74. **Summary of Judgment**: Asking the judge for a summary on the truth and facts upon the judgements.

75. **Supremacy Clause:** The Supremacy Clause refers to the foundational principle that, in general, federal law takes precedence over any conflicting state law. The Supremacy Clause underpins the broader doctrine of preemption, where if laws are in conflict, the law of a higher authority can preempt the law of a lower authority if the superiority of the former is stated expressly or implied.

76. **Status:** Government has your status as a person or a pauper. (dead entity/vessel)

77. **Tacit Agreement:** agreeing to something or approving it without actually saying so, often because they are unwilling to admit to doing so.

78. **Tort claim in Georgia**: The DTCA allows individuals to sue the state of Georgia where 2 conditions are met. First, the state employee or officer who caused the injury must have been

SUE - Case Number: 2024STCR274

acting within the scope of their employment or official duties. Under the Georgia civil justice system, a civil wrong **(called a "tort")** is remedied by a plaintiff asserting a claim and maintaining an action against a defendants.

79. **Two ways to enter into a court**: General or Notice of Special Appearance
80. **U.C.C. section 1-308. Performance or Acceptance under Reservation of Rights:** (a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient. **(b) Subsection (a) does not apply to an accord and satisfaction.**
81. **18 U.S.C. § 911 - U.S. Code Title 18. Crimes and Criminal**: Whoever falsely and willfully represents himself to be a **citizen of the United States** shall be fined under this title or imprisoned not more than three years, or both. Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.
82. **URCRP Rule 7b (c)**: If no probable cause. If the magistrate does not find probable cause to believe the crime charged has been committed or the defendant committed it, the magistrate must dismiss the information and discharge the defendant.
83. **Umbrella Trust:** The fund invests in interest-bearing securities offered in the market such as treasury bills, treasury bonds and **corporate bonds.**
84. **Unilateral Contract:** One sided contract
85. **United States Citizen**: "United States citizen" means (A) any individual who is a citizen of the United States by law, birth, or ==naturalization==; (B) any Federal, State, or local government in the United States, or any entity of any such government; or (C) any corporation, partnership, association, or other entity, organized or existing under the laws of the United States.
86. **Universal Declaration of Human Rights: Article 15**: every man/woman has the right to a nationality. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.
87. **"Unlawful debt"**: means a debt (A) incurred or contracted in gambling activity which was in violation of the law of the United States, a State or political subdivision thereof, or which is unenforceable under State or Federal law in whole or in part as to principal or interest because of the laws relating to usury, and (B) which was incurred in connection with the business of gambling in violation of the law of the United States, a State or political subdivision thereof, or the business of lending money or a thing of value at a rate usurious under State or Federal law, where the usurious rate is at least twice the enforceable rate;
88. **Unrebutted of Presumption:** requires a judge to reach a certain conclusion before hearing any evidence, unless the evidence later convinces the judge to reach a different conclusion.
89. **Usurpation:** the taking of a position of power or importance unlawfully or by force: "their apathy has permitted the usurpation of the throne by a truly evil man"
90. **Warrants:** must be signed by a judge under a sworn oath of office, with 2 witnesses under oath and willing to testify with both under the fear of perjury.
91. **You need 1 of 4 situations to put someone into jail:**
    **a.** Felony committed

11

Case 1:24-cv-00310-MOC-WCM    Document 1    Filed 12/27/24    Page 11 of 39

    **b.** Breach of the peace

    c. A crime: Involving physical injury to another person

    d. A crime involving theft or destruction of property

    e. You didn't have any of these.

92. <u>**You need 3 signatures**</u> in order to put someone in jail.
93. <u>**18 FAM 201.3 Declaration of Authority Order**</u> - Where's your declaration of authority order from the republic? States the specific actions for which an officer has authority, as well as the limitations and special conditions that apply to the authority.
94. <u>**28 U.S. code $1654**</u>: The right to plead my own cases or obtain counsel from anyone I desire.
95. <mark><u>**LIERS: one that lies as in ambush - The worst form of life on the planet.**</u></mark>

**STATEMENT OF PURPOSE** "...

Where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved." --Luckenback v. The Thekla, 295 F 1020, 226 U.S. 328; Lyders v. Lund, 32 F2d 308; Dexter v. Kunglig J., 43 F2d 705, 282 US 896; U.S. v. N.C.B.N.Y., 83 F2d 236, 106 ALR 1235, affirmed; Russia v. BTC, 4 F Supp 417, 299 U.S. 563. <mark>This doctrine includes,</mark> but is not limited to, challenges to personal, subject matter and <u>**territorial jurisdiction**</u>, as well as to claims that the forum is not judicial in nature but merely administrative or that the court is proceeding, improperly, against a private individual under the rebuttable presumption that the private individual is a corporate entity or an artificial person upon which the Public Statutes operate, apply or affect. Furthermore, it is undisputed that the state is acting in its capacity as a <u>**commercial entity**</u> and is liable for damages according to the following definition of **"SOVEREIGN IMMUNITY."** "The state may nevertheless be held liable where the injurious activity was 'proprietary' rather than 'governmental', i.e., where the injury was caused by the state acting in its capacity as a commercial entity rather than that of sovereign." --**Barron's Law Dictionary, 4th edition (1996).** NOTICE OF FOREIGN STATE STATUS OF THE COURT This court, pursuant to the Federal Rules of Civil Procedure (FRCP) Rule 4 (j), is, in fact and at law, a **FOREIGN STATE** as defined in <mark>28 USC §1602</mark>, et. seq., the **FOREIGN SOVEREIGN IMMUNITY ACT of 1976**, Pub. L. 94-583 (hereafter FSIA), and, therefore, <u>**lacks jurisdiction in the above captioned case.**</u> The above-mentioned "real party in interest" hereby demands full disclosure of the true and limited jurisdiction of this court. <u>**Any failure or refusal to disclose the true jurisdiction is a violation of 15 Statutes at Large, Chapter 249 (section 1), and enacted July 27, 1868.**</u>

    By invitation Terry Simpson one of <u>**"We the people"**</u> petitioner attorney in fact **Sui Juris**. A living soul created by **God**, self-governed individual and ambassador of Christ having taken dominion over the jurors of the land, air, water and law. **Notice of special divine appearance** status standing in dominion. **To be treated as a certified sworn affidavit in writing.**

    Notice to the above <u>**de facto government services corporate agencies**</u>. Now come Terry Simpson competent and **"sui juris"** as principal as fiduciary as trustee an adult man a living soul a son of God and ambassador of Christ. One of **"we the people"** a creator of government whose status is well defined in **Genesis 1: 26-28, and 2:7, Job 32: 21-22, Deuteronomy 117, Proverbs 28: 21, Mathew 22: 16, Galatians 2: 6, and in the Maccabees in Ecclesiasticus 4:22, 4:27, 10:5, 35:13.** It is in any case a sin unto God to accept the "**person**", therefore, it is absolutely against my beliefs. My status is also further defined in the United States code title **8 section 1101(a) (21-23) as a Citizen of the United States.** My estate and or

trust is described in **26 usc 7701 (a) (31)** is a tax exempt foreign estate and or trust. And as a non-resident alien individual in the **internal revenue code at 26 usc 7701(b1b).** Therefore, there shall not be any presumption in my status as it is my gift from God and my **un-a-lien-able** right of <mark>**self-determination**</mark>.

Being **sui-juris** of one's own right is derived from taking dominion over all three jurisdictions in being self-governed. **We the people lay down the law** and when our public servants step outside the law in which we the people lay down, then they are committing a violation of an **emolument.** <u>**Article 1 section 6 clause 8.**</u> In order to make that determination, I mandate that at least these three questions shall be asked to the State of Georgia Inc., Georgia Government Entities listed above, McIntosh County Sherriff Dept., Officers and magistrates.

<mark>**These question are:**</mark>

1. Are you claiming to derive your authority over me from your oath of office and any and all other requirements required by the state or federal government that you must have to hold your honorable position and are those requirements complete and up to date. As discovery, may I have a written confirmation that all requirements have been met on or prior to this date with copies thereof.
2. Are you claiming to derive your authority over me from the state statues/bi-laws of the corporation?
3. Are you claiming to have authority over me through the doctrine of "**Parens Patriae**" where the state is the parent?

<u>**If your answers are yes, then your authority and claim of jurisdiction is hereby openly and publicly challenged.**</u>

As I am, and have claimed the minor estate and have taken dominion over the land, air and water laws as I am commanded to by my **God.** As I possess a private express trust giving me **<u>the true trustee as fiduciary</u>**, the responsibility to act in the best and most honorable position on behalf of my heirs and beneficiaries successors and or science forever, thus taking dominion of the jurors of the air and thereby having expressed trust over-riding any implied trust. As I possess the superior titles to all properties held by that trust its patents, deeds, grants certificates, titles, securities, household goods, minerals commodities, cash and other properties including the vessels. Thus, taking dominion of the jurists of the land thereby over-riding any and all inferior or abstracts of titles implied. As I possess a successful business acumen to maintain a business license by the state bonded by gold and silver, having the intent to make a profit with products offered for sale in international commerce and will be possessing the copyrights and trademark names of the vessels under contract with the business, including his bank accounts and ein numbers, thus taking dominion of the jurisdiction of the water. **<u>Under u.s.c 15 - The state may regulate commerce but SHALL NOT interfere in it.</u>** Therefore, bring forth the superior trust titles and contracts or **dismiss this case completely with extreme prejudice**. I mandate the return of all private properties and **$5000.00 to me immediately**. As discovery, **please authorize risk management to provide me with all malpractice malfeasance insurance policies and bonding information so I may make a proper tort claims. - All the public records requested be released immediately…**

13

**THE STATE OF GEORGIA Inc. CAME OUT OF THEIR JURISDICTION – TREASON** - 2022 Georgia Code - Title 51 – Torts - Chapter 7 - False Arrest, False Imprisonment, Malicious Prosecution, and Abusive Litigation:

**Article 1 - False Arrest -** (See Exhibits) (Stare decisis')

- **Section 51-7-1** - Right of action for false arrest
- **Section 51-7-2** - Malice defined
- **Section 51-7-3** - Lack of probable cause defined; question for jury
- **Section 51-7-4** - Arrest under civil process of person exempt from such arrest
- **Section 51-7-2** - Malice defined

**Article 2 - False Imprisonment -** (See Exhibits) (Stare decisis')

- **Section 51-7-20** - False imprisonment defined

**Article 3 - Malicious Prosecution -** (See Exhibits) (Stare decisis')

- **Section 51-7-40** - Right of action for malicious prosecution
- **Section 51-7-41** - Accrual of right of action
- **Section 51-7-42** - Inquiry before committing court or magistrate as prosecution
- **Section 51-7-43** - Lack of probable cause defined; question for jury
- **Section 51-7-44** - Inference of malice from lack of probable cause; rebuttal of inference
- **Section 51-7-45** - Evidence in determination of probable cause
- **Section 51-7-46** - Immunity of grand jurors from action for malicious prosecution; liability of person instigating presentment
- **Section 51-7-47** - Measure of damages

**Article 5 - Abusive Litigation -** (See Exhibits) (Stare decisis')

- **Section 51-7-80** – Definitions
- **Section 51-7-81** - Liability for abusive litigation
- **Section 51-7-82** – Defenses
- **Section 51-7-83** - Measure of damages
- **Section 51-7-84** - Notice of claim asserted; when action must be brought
- **Section 51-7-85** - Exclusive remedy

Herein now known as petitioner by and through his choice, may if he chooses, use any non-bar lawyer attorney in fact or next friend or private attorney general for lawful counsel having full power to act in the same manner as the **principal giving notice**, fiduciary agent attorney in fact acting on behalf of the principal as one of the we the people and as an officer under executive order of the president to provide legal services and enforce equal protection under the law as lost prevention in the matter listed above court file numbers. See power of attorney in facts that is filed with county records office. I take fiduciary responsibility as an informant with honor hereby filing this **notice of special appearance** as to my status as **"sui juris"** fiduciary expert and friend of the court per the following circumstances and establishment of practice to re-task my fiduciary obligations to voluntarily serve we the people of the

14

United States of America as lost prevention, co-counsel for the government of the United States of America in impellent in this matter.

On March 13, 2017. The President of the United States issued a lawful executive order number 13-781 in which the president Donald J. Trump as president of the United States of America asked for help from we the people to assist in the restructuring of the executive branch citing the Qui Tam Provision 31 U.S. Code, § 3730(b),(c),. I am following said executive order in a continued effort to expose the continued assaults upon the courts by frauds upon the courts through malfeasance of office and prosecutorial misconduct resulting in emoluments violations. In order for this judiciary to effectively make his report to the president of the United States per executive order 13781 and 13825. We must first define in context and apply the following three terms as outlined in the executive order as viewed by the court under the equal protections promise beyond their dictionary definitions as fallows; an emolument violation. ("Emolumentum,") in order rightly to comprehend a thing it is necessary first to inquire into the names for a right knowledge of things depend on their names.
Definition: any advantage profit or gain received as a result of one's employment or holding of office.

One of Donald Trump's plan to dismantle the deep state and clean up our courts:
https://www.youtube.com/watch?v=baTqqFU3t5g&ab_channel=BuddhiMedia

Liable, the law punishes falsehood "Lex punit mendaciam," definition: published false statements that is damaging to a person's reputation a written defamation. A fiduciary duty, justice is to be denied to no one. "Fiducia, meaning "trust,"

Definition: a fiduciary duty is the legal duty to act solely in another party's interests. Parties owing this duty are called fiduciaries. The individuals to whom they owe a duty are called principles. Fiduciaries may not profit from their relationships with their principles unless they have the principles expressed informed consent. They also have a duty to avoid any conflicts of interest between themselves and their principles are between their principals and the fiduciaries and other clients. A fiduciary duty is the strictest duty of care recognized by the United States legal system. Capital felony treason is committed by any actor of a foreign state acting as a public servant pretending to be government who denies or deprives one of we the people any right given by God, listed or written in any international treaty or any constitution of the United States of America or any one of its States.
Defendants felonies committed - Deprivation of rights under the coloring of law
Title 18 U.S. Code § 241, 242, (See Exhibits) (Stare decisis')

My Mission Statement:
    We the people of the United States of America in order to form a more perfect union establish justice ensure domestic tranquility and provide for the common defense promote the general welfare secure the blessings of liberty to ourselves and our prosperity do obtain and establish this constitution for the United States of America to prove this. Let these facts be submitted to a candid world. (Declaration of Independence).

Agency laws are relationship between two parties, usually called PRINCIPAL and AGENT

Explanation: It's worthy of notice that, agent, in law, can be defined as a relationship between two parties usually called PRINCIPAL and AGENT. The major purpose/function of the agent is to establish or

15

create a contract between the principal and third parties. In most cases, he/she (agent) acts on behalf of the principal.

**Agency is therefore**, the relationship that subsists between the principal and the agent, who has been given order or authorized to act on his behalf or represent him in dealing with others. However, in an agency, **two contracts always take effect**.

I HEREBY PUBLICALLY CHALLENGE ANYONE TO STAND IN FRONT OF ME AND SHOW HOW/WHERE THEIR PRESUMED AUTHORITY OVER ME COMES FROM, WHERE DO THEY GET IT FROM?? OVERRIDING MY RIGHTS… THAT ARE NOT ONLY MY GODS LAW BUT IT"S THE LAWS WRITTEN IN THE "CONSTITUTION OF THE UNITED STATES of AMERICA"!!!??? I can't wait to get you on the stand so you can explain exactly where your authority came from? How you were trying to indict/charge me in Maritime Law, with 6 summons designed for commerce without a contract!!!???

## - COMPLAINT -

**What has happened to this world?** When someone can't travel home for Christmas without being snatched off the expressway for profits and kidnapped over some corporate statues/bi-laws?

I, Terry Simpson, was traveling a few days before **Christmas in 2023** to spend it with my family from Jacksonville, Florida. I was traveling north bound on I-95 heading to North Carolina. I was in no hurry and on the phone with mother whom I haven't seen in 6 months. I was traveling with the cruise control set at 70/70 when I noticed blue lights in my rear view mirror, so I pulled over. An officer approached my passenger window and without any proof I was involved in commerce and suspected of a crime. The State of Georgia stole my family's Christmas memories! Of sitting around the fire talking and drinking eggnog. These are memories I will never have now. Officer Chris Mitchel - Bdg #1219 kidnapped me while on the phone with mother and she did not know what happening. I was kidnapped while on the phone with mother who was not aware of what was happening. I was taken to an unknown location, causing Mother fear the worst. I am upset for the torment The State of Georgia put my Mother through. All of this  was over a doctrine of "Parens Patriae". You should be ashamed…

## - COMPLAINT AGAINST STATE OF GEORGIA Inc., SUBSIDIARY AGENCIES and SHERIFFS OFFICERS -

Being on land! I live by common law/constitutional law/God's law not maritime bi-law/contract law, statue/bi-laws. Under a fictitious stolen identity placed on a dead entity/vessel!

**Contracts of adhesion:** An adhesion contract is a legal agreement that is drafted by one party, but not the other. This means that the party signing the agreement had no chance to bargain for the agreement's terms. Instead, it is a "take it or leave it" situation.

**Benjamin Franklin once said:** "Those who would give up essential Liberties, to purchase a little temporary safety, deserve neither Liberty nor Safety."

1. I was pulled over (blue lighted) **(felony committed)** by MCSD - Cpl. Tyler Scott - Bdg #12353 officers, when he approached my passenger window. He instantly began misrepresenting the facts accusing me of driving 86/70 and needed to see my information. **(This is a treason against a signed Jay treaty) (See attached exhibits).**

2. I asked him if there was an emergency, or a reason for the emergency lights? His reply was no, I pulled you over because you were driving 86/70. **(When I was travelling) (Not in commerce)**

3. I became upset as I have now been unlawfully pulled over by a policy enforcer, pirating for profit for a foreign corporate entity and not for being under investigation of a crime/**felony committed**. He is now asking for a license/permission in order for me to travel home for Christmas in my private automobile. I asked him again what crime was committed in order to have to show I.D. **(4th amendment violation)**

4. The officer threatening me with arrest numerous times. I explained to the officer about our constitutional civil rights, consenting and contracts. Wasn't getting anywhere as he was obviously not trained properly by the State of Georgia, subsidiary entities, training facilities of the **(U.S. Inc).**

5. I asked for a supervisor to now put the unlawful seizure and responsibility onto a higher level. Approx., 10 min later; Sgt. Maj. Jennifer Miller – Bdg #, MCSD - Cpl. Austin Snachez - Bdg #1212 arrived on the scene. They sat back behind my truck for what felt like 15 min obviously **conspiring** to do bodily harm to me. because as soon as MCSD - Cpl. Tyler Scott - Bdg #12353, Sgt. Maj. Jennifer Miller – Bdg #, MCSD - Cpl. Austin Snachez walked up to my truck, Cpl. Tyler Scott asked one last time to produce papers. This is an unlawful order from a corporate entity. While I'm travelling in my private automobile.

6. I asked again, what crime am I being suspected of, because I was standing up for my constitutional rights with no laws violated or under an investigation for a crime.

7. Cpl. Tyler Scott unlawfully breaks into my private automobile without a warrant signed by a judge or probable cause to do so.

8. I was seized and dragged out of my private automobile and slammed against my truck, causing damage to my property and to myself by MCSD - Cpl. Tyler Scott - Bdg #12353, Sgt. Maj. Jennifer Miller – Bdg #, MCSD - Cpl. Austin Snachez.

9. My arms were forcibly tweaked behind my back, raised up into the air causing both shoulders ligaments to be torn. Still to this day almost a year later, this pain still exist. This has continued to inhibit my work as a builder.

10. I cannot play my drums or work without burning sensations in my shoulders and back.

11. I had a gun and/or taser (lethal weapons) jammed into my back ribs **(felony).**

12. I was then kidnapped, handcuffed and taken to jail without any Miranda right even read. I was **kidnapped** and taken away to an unknown location. Note: The handcuffs were put on extra tight and twisted for maximum punishment and to prove their point. "**Unbelievable torture during this period". (Felonies committed)**

13. At the jail, during the arrest process, I refused to sign the contract agreeing and consenting that I understood what was happening to me.

14. Because I refused to contract, I was tortured into signing under duress, coercion, threats, psychological pressure, among other things, and fear of my life.

15. I was put into an ice-cold chamber for around an hour, where I froze into submission under duress, coercion, threats, psychological pressure, among other things and fear of my life.

16. With ligaments burning in both shoulders and back throbbing, teeth chattering, and body in serious pain, I signed under duress. **(Felonies committed)**

17. At this point they made me strip down **naked under threat to do bodily injuries** to me by around 12 officers standing in the doorway, including female's officers. Then, they all watched

17

me take off all my clothing, **(rape under duress) (felonies committed)** while laughing/smirking with evil laughter from the arresting officers MCSD - Cpl. Tyler Scott - Bdg #12353, Sgt. Maj. Jennifer Miller – Bdg #, MCSD - Cpl. Austin Snachez and with continued threats of violence and under duress, coercion, threats, psychological pressure, among other things and fear of my life.

18. They told me to bend over in front of everyone so they could look at my ass and to cough 3 times. **NO PROBABLE CAUSE! (felonies committed)**
19. After doing as I was told under extreme duress, coercion, threats, psychological pressure, among other things and fear of my life, I was walking slowly to the back of the cell, and I was unexpectedly spritzed down all over my body, and in my mouth and eye's with a foreign substance.
20. I have never felt so humiliated and belittled in all of my life. I was made to feel as if I was an animal.
21. After spending the night in jail and knowing, I had God there to comfort me, I had to spend over $1800 to barter for my freedom. The magistrate did not even have **probable cause.**
22. After all fees were paid and told, I was free to leave, I was handed all my clothing and the first thing I put on was my hat. The bailiff told me to take it off and I responded that it was a part of my attire. The first thing I put on in the morning.
23. I mentioned that other officers were wearing hats?!
24. She didn't like my response so, she put me back into the torture chamber for another 15 min or so, once again freezing me into compliance. Even after being told I was no longer detained and free to leave. **Arrested, kidnapped and tortured again.**
25. After being released, I did not have my truck because it was impounded. Pitch black outside and not a clue where I was. I was set free.
26. No ride to truck from McIntosh County jail. When I asked about it and how I was going to get to it, the female bailiff replied, "It wasn't her problem".
27. Now 2 hours from home, and no ride, and in the middle of nowhere, I finally find a ride to an exit and then cell phone battery dies.
28. No wallet, no cash, it's in my truck. I finally did get the phone charged at waffle house thanks to the manager's help.
29. I was finally able to get to a rental car company in a nearby county (Brunswick airport) but had to call an uber. Now having to drive back home 2 hours away with rental car, due to the fact, the towing company was now closed.
30. Next day, when I contacted them, they said it wouldn't be release until tag was updated.
31. Again, coerced under duress into contracting with the government, so I did.
32. 2 days later I get my truck and had to pay $300 to have it released.
33. I have now submitted a very lengthy complaint form with all the felonies they omitted and case laws backing up my claims to the McIntosh Sheriff's Office.
34. I have put in for an F.O.I.A request for video and name of everyone involve but I am being denied any information by the Sheriff's department and a defending attorney the state provided. **(Def Attorney/Chief Judge - Samuel G. Oliver).**
35. Even though I have clearly shown them the laws on the freedom of information act in Georgia.
36. All communications are backup by email.
37. Illegally pulled over for allegedly driving 86/70 by a policy enforcer who is only allowed to police commerce.

38. Even though I have clearly shown them the laws on the freedom of information act in Georgia. A few days after my unlawful arrest by **Cpl. Tyler Scott - Bdg #1235, Sgt. Maj. Jennifer Miller and Cpl. Austin Snachez - Bdg #1212**. I went down to the McIntosh county sheriff's department to file for an **F.O.I.A.** request and was denied. When I mentioned the law clearly states, it's my right to obtain these files, I was very aggressively threatened by Officer Chris Mitchel - Bdg #1219. He very aggressively came up to me threatening me that if I didn't leave the public building he was going to put me back into jail where I just came from and do bodily harm to me. **Threats and coercion while under the coloring of law.** While **Sheriff Stephen D. Jessup** and Deputy Chief George Trexler watched and didn't do anything about his aggressive behavior. **TOTALLY CURRUPT SHERIFF"S DEPARTMENT AND WILL BE HELD ACCOUNTABLE.**

39. I WANT ANSWERS!???

## SECOND ARREST COMPLAINT

### AFFIDAVIT/CLAIM/COMPLAINT OF VIOLATIONS OF CONSTITUTIONAL LAWS of the United States of America

**- I challenged the courts Subject Matter Jurisdiction and was arrested for it – Violation of my 5th, 6th amendment – Due process**

**My first court appearance on October, 30th 2024, after it being postponed by the courts 3 times; dragging it out for almost a year. (Violation of my constitution right of Due process).**

On **Wednesday October, 30th 2024,** I was summoned into McIntosh County Court house in Darien, Georgia for allegedly traveling on a public highway at a speed of 86/70.  I received 6 séances to a dead entity/vessel and I was there to settle the matter. Really? If this isn't fraud, what is? ALL FOR MONETARY GAIN'S!!! Just so I can be indicted under maritime laws. Contract law! Really? Come back down to earth, I live on the land, and I live by God's law… So, I decided to take this case on myself as **"pro se".**

First time walking into court to presenting my own case. When I enter into the door of the court house I was told to leave my cell phone in the car. With case laws and defense material on it, I asked the officer (**Cpl. Jones – Bdg # 1239**) why? It's a public building I replied. We the people own it. He became very angry and aggressive and threatened to do bodily harm to me if I didn't comply with his demands. Along with 3 other officers standing there. So I did. **(Violation of 1st, Threats under the color of law; 241, 242,)** Once entering the court house, I immediately went to the clerk of court office and turned in 4 affidavit documents for my defense. As I was walking into the court room, I was followed in by the same aggressive officer at the front door. Then same officer followed me into court room to stand behind me too intimidate -Violation of my (**1st amendment, due process**.) There is absolutely no transparency in this court house or court room. Public entity paid for by the **"we the people"**.  When my name was called out by the McIntosh County State Judge - Jean C. Bolin. I responded with, that is not me but a vessel and for the record, I am officially making my **"notice of appearance"** but I'm here as the divine living soul/man who received 6 séances, where you're calling in a dead entity (vessel) into court and I'm willing to settle this matter, but I'm going to do it by special divine appearance as a living soul to call for a constitutional court of record. To ask for a summary judgement upon the truth and facts placed upon this records by my documents (submitted earlier) and I stand firmly upon my rights. **Before I can**

**enter into court.** I have a few question I'd like to ask you. Being ignored, I asked again, then a third time and then her response was very aggressively NO! **(All rights reserved).** Once jurisdiction is challenged everything must stop until proven. **(See Exhibits)(Stare decisis')**

I was confused as where to stand when I walked up there, so that made for a little confusion in the room. Then same aggressive officer came and stood directly behind me a few feet back. With a look on his face, he was just waiting to pounce on me. **TOTALLY UNESSASSARY INTIMIDATION**, for there was no cause for alarm. Meanwhile, while I was answering her call for the name of the dead entity/vessel, the prosecuting attorney and judge was forcefully interrupting me, forcing this de-facto court upon me, as I was trying to speak. I did not recognize her authority and was publicly challenging it. Needing a few questions answered before again, agreeing to enter into court as the living man. Instead of letting me confirm that she had jurisdiction, she motioned to a few more officers to surround me, and to intimidate me. I was now very intimidated and asked her, why was this happening? I come in piece and have not been verbally threatening in anyway. I have the right to challenge the court's jurisdiction. I told judge Bolin, that right here in front of my peers, I'm challenging your jurisdiction. I stated I also have a peace flag on all of my document to illustrate to the courts that I do truly come in peace. I even held one of my documents up to show her my piece flag. All my documents I submitted to her, have it on them. I was trembling in my shoes due to the intimidation. I was intimidated and scared out of my character and the ability to think clearly due to her intimidation tactics. I can sometime be a little vocal but never, ever was I being loud or disrespectful. I then asked the judge, why the intimidation by your officers. She told them to arrest me for contempt of court.

So I am confused, the **first amendment** and **bill of rights** guarantees me the right to address my government anyway I see fit and the free exercise thereof; as long as I'm not threatening in anyway. By constitutional law, I can even offend my public official without recourse. But for the record, I was not threatening in anyway. I was so humiliated for this to be done in front of a room full of my peers, for again no crime being committed. (War crime against me, According to the Rome Statute of the International Criminal Court, the Geneva Conventions define war crimes to include **"willful killing; torture or inhuman treatment, including biological experiments; willfully causing great suffering, or serious injury to body or health ;) (See Exhibits)(Stare decisis')** If I was a little scared and eccentric due to the fear placed upon me, then why didn't the judge, just calm everyone down and understand this was my first time representing myself and deescalated the situation and back her officers off me and let me take a second to just breathe and relax. Truth is, she responded on feeling/pride and not her oath of office. Her job is to witness without bias. She was and will do anything to protect their interests. Knowing now, that they know, I know the truth and all their violation can and will be brought up in the jurisdiction of the land. **(Common-law, God's law) The intimidation factor was brutal**.

I was now again, unlawfully arrested and taken down to the McIntosh County Sherriff's office for booking. Just coming from the court house and the metal detecting screening process and without probable cause to make me take my clothes off again and bend over, I was again raped by being forced to take all my clothes off, bend over and to cough. Then again, sprayed down with a foreign substance against my consent. Place into jail, again without probable cause of a crime being committed and without a warrant. About 5 o'clock that same evening, a deputy came in and said I was being released and the judge wanted to talk with me in the court chambers in the jail house. I was escorted into the chamber where I waited for about 30 min. The deputy came back in and by the directions of the judge

decided to verbally ask me if I would to just try and keep it down a little when talking with her during the court sessions. It felt like a weak apology. Deputy was cop explaining why she did what she did.

Apologizing without actually apologizing. This was all around 5:30 to 6:00 pm. After his attempt try to justify the judges action, he escorted me back to the room they were originally kept me, He told me he was finalizing the paper work and would be back within 30 minutes to get me. 1 hour turned into 2 hours and then 3 hours, everytime I tried to contact someone about my release over the intercom, there reply was there still working on my paper work. Talk about mental torture. I finally fell asleep in an 8x10 cell with 5 guys in there. Way too many men for such a small area.

About 6 years ago, I met a girl in Brunswick, Ga and I had just retired from building hotels as the project manager/framing contractor, so wasn't working. I was asked by Brooks McDonalds of MD McDonald Construction there in Darien, if I would come and work for them so I did. He was a friend of the young lady I had met. First day on the job I met up with all the crew members and one guy decided because he felt the project manager's position was supposed to be his, he had an instant distain towards me. He was not a candidate or even qualified for the position told to me by the owners. After having constant issues with this employee arguing and threatening others. After months of having problems with this employee, Brooks call him into the office to let him go from his position. I was in my office down the hall, when this employers came in and start yelling at Brooks and his brother Mark Jr. Brooks at that moment fire this young man. He became irate to say the least. I went out there and just stood back against the wall at a distance only to be threatened by him, that if he ever saw me out in the streets he would do extensive bodily harm to me if not kill me. Nicely put that is. This man was one of the guys in my cell. He even asked me when he saw me, if I worked for Brooks. I recognized who he was but tried to play it off and be cordial and friendly. The next morning after being told I was getting release the day before, (Longest night of my life) I was on the speaker discussing my release with the girl in the front office. This occurred around 10:30 am. This man, jumps out of his bed very loud and very aggressively, with old intensions of past occurrences, he again, made threat that he was going to beat my blank and screaming at me to shut the blank up as he took 2 steps toward me cocking his right shoulder back as if to throw a punch. In self-defense and fear of my safety, and before he could clear the bed to throw a punch, I took him down onto the ground and in between the bunk beds and held him down. Never did I throw a punch and kept telling him to calm down that I didn't want to hurt him and that neither one of us needed this right now, but he was a loose cannon and would not quit. During this conflict, I hit my forehead on the metal bed frame defending myself and it opened up a big gash on my forehead. Hurt my back again and reinjured both ligaments in the top part of my shoulders, burning sensation once again. I held him down until help arrived. I was then handcuffed and taken to the front where I was placed into a holding chamber. I was definitely dis-oriented and dizzy due to the head injury. With blood running all down my face and clothing, I asked to be taken to the hospital. Deputies and bailiffs were in no hurry to apply medical assistance, because I ended up passing out while alone in consolidated confinement for over an hour. I'm a medical first responder and after a major head injury you never let the patient go to sleep or pass out. Finally the same officer who arrested, threatened and intimidated me finally came and took me to the hospital in Brunswick, Ga. I was in the back seat and notice he was traveling 90 miles an hour in a 70 speed zone on the express way consistently and averaged 65/70 driving down the Golden Isle parkway in a 45 mph speed zone. Both directions... Ignoring any speed limits signs through the busy strip from traffic light to traffic light. Very irresponsible of him. So, I mention it to him and he just ignored me. No emergency, or blue lights on. Here I was

21

having to go through all this hell and their own officers showing how there above the statues there enforcing on the public. **Disgusting, two-tiered system of justice…**

The judge violated my; ==**1st, 3rd,4th, 5th, 6th,7th amendment constitution rights, freedom of speech in a public forum, fraud, kidnapping, torture, rape, conspiring against guaranteed civil liberties, abuse of consented powers, working out of her jurisdiction, unlawful arrest, war crimes, violation of the treaty act and most importantly: 15 U.S. Code § 1 - Trusts, etc., in restraint of trade illegal; penalty: ruining my business name in front of my peers,**== in having a private man arrested for challenging the jurisdiction of the court and maybe talking with a little elevated voice due to being scared and intimidated by her deputies and asking why? When I came in peace but yet still **fire upon**. When the officer brought me back to the sheriff's office, they told me I was free to go and to show back up into court on Monday. **NO BOND PLACED ON ME FOR THIS UNLAWFUL ARREST.** I asked the bailiff/officers how was I going to get back to my truck at the court house and again, was told they didn't know and that it wasn't their problem. No officers made themselves available to deliver me back where I was kidnapped from. Not sure the mileage but, I walked in dress shoe all the way from the jail house to the court house. Walking on the side of the roadway, very unsafe for pedestrians. Maybe 8 miles causing blisters to accumulate on my feet, where the last mile or so was torture to take a step. All this occurred on a Wednesday. I then drove back home 6 hours one way, then drove 6 hour back again for court on Monday, then, walked into court my name was again called out. Two day prior to court on Saturday, my father at the age of 82, was involved in an accident involving a semi-truck, where semi t-boning his vehicle. He survived by a miracle, because the impact was so great, it total both the car and semi-truck. My father being a recent victim in an accident, with a few broken ribs and being in a lot of pain at the house. I was unlawfully forced to again for the 5th time, drive 6 hours one way to McIntosh County for court. Mother was adamant about coming with me this trip. Even with her husband in bed with broken ribs. I'm upset with just the torture this has brought onto her. Petrified beyond word and fearing for my life, I stood up when my name was called, (under duress) and fearing for my life, I asked the judge if I was going to get additional charges and if I was going to jail again, that it get postponed until we were sure that my father would make it. Instead of admitting her mistake and dropping all the charges, she decided to give me a 30 day extension. As I left the court room, the Def Attorney/chief judge - Samuel G. Oliver stops me to discuss my case with me. Obviously he read my document I entered into court of records before my court. He told me if I were to plead guilty to aggravated assault on a police officer with time served (meaning, I had to agree to have done something unlawful and their actions were justified. I didn't even assault an officer and definitely wasn't charged for an assault. So, he makes something up to keep me convicted for profits. When in fact, I was unlawfully kidnapped for 4 days in jail), **(See Exhibits) (stare decisis')** he felt he could get all charges dropped, if I were to agree to the plea and sign the agreement. Again, I was forced into signing a contract for my freedom under duress and fearing for my life. So he did and I left the building with all original 6 séances dropped. **Also, it turns out that my public defender was actually the chief judge and sat on the bench for over 40 years.** I get it, Def Attorney/Chief Judge - Samuel G. Oliver plays the public defender to protect his assets. Guaranteeing the convictions. ==**Tell me this isn't trafficking people for profit.**== And if you want to look at it from a different perspective. The entire fraudulent de facto system is based off of a baby lost at sea in a vessel, (**"Parens Patriae"**) this could be looked at as. **"Trafficking babies".**

**All violations will be charged in the jurisdiction of the land. (Common law, God's law using Black's Law dictionary).** All parties including both Judges/prosecutor conspired against my civil liberties. I am

22

officially filing charges against all defendants. ((See Exhibits) (stare decisis') (for violations and penalties))

**MORE FEDERAL VIOLATIONS and PENALTIES COMMITTED**

1. **Felony – Breaking and entering into my vehicle without a warrant** - A police officer cannot open your car door without permission unless there's probable cause, a search warrant, or an immediate concern for public safety. The **Fourth Amendment** protects against unreasonable searches and seizure, requiring legal justification.
2. **Defamation/Slander/Frivolous and Malicious Prosecution/Intentional Infliction of Emotional Distress/Mental Anguish** – on myself and of my private name and my business .Llc while in court by State Judge - Jean C. Bolin, Def Attorney/Chief Judge - Samuel G. Oliver, lawyers and other defendants.
3. **State Judge - Jean C. Bolin** held me in contempt, which entitles me to a hearing in where, I'm allowed to introduce evidence, including but not limited to **"Misdeeds done by the defense counsel/prosecuting counsel and judicial bias." 28 U.S. Code § 144 - Bias or prejudice of judge "I DEMAND A TRIAL BY JURY".**
4. **Felony Entrapment** - when the Government employers officers/secretaries and Judge - Jean C. Bolin/Chief Judge-aka/defense attorney Samuel G. Oliver force me into contract 3 times without consent under duress and dis-information of facts.
5. **Felony -** Tribunal without probable cause of a crime
6. **Felony –** Retaliation against my constitutional rights
7. **Felony –** Stole my personal private property
8. **Felony -** 2 @ False arrests
9. **Felony -** Multiple aggravated assault
10. **Felony -** 2 @ Kidnapping
11. **Felony -** 2 @ Raped
12. **Felony -** 2 @ Spray down with a foreign substance without consent
13. **Treason –** Violations against a signed treaty and the constitution of the USA and GOD's law.
14. **Capital felony treason -** Is committed by any actor of a foreign state acting as a public servant pretending to be government who denies or deprives one of we the people any right given by God. **Stolen Memories** - that can never be replaced. **You didn't have this right.** ((See Exhibits) (stare decisis') (for violations and penalties))
15. **Malicious Intent –** (See attached exhibits.)
16. **Fraud –** (See attached exhibits.)
17. **Denied Public Records by:**
    McIntosh County Sheriff Department - Sheriff - Stephen D. Jessup
    Chief Judge Samuel G. Oliver/Public defender Samuel G. Oliver and Amber Jordan
    Deputy Chief George Trexler

**VIOLATION of THE OPEN RECORDS ACT** - Title 50. State Government
Chapter 18. State Printing and Documents - O.C.G.A. § 50-18-70
(See attached exhibits.) ('Stare decisis')

**I NEVER MAKE ACUSATION THAT CAN"T BE PROVEN. I CAN PROVE ALL ALIGATIONS, HOW THE SYSTEM, IS A SYSTEM OF FRAUD WITH MALLICIOUS INTENT TO TRAFFIC PEOPLE FOR PROFIT. THAT**

23

==**EACH PUBLIC SERVANT IS GETTING A RETAINAGE FEE FOR ASSURRING THAT THE DEFENDANT (HIM/HER) IS CONVICTED. INCLUDING BUT NOT LIMITED TO THE PUBLIC DEFENDER. THIS IS BEING DONE IN THE USA, UNDER A SIGNED TREATY. HOW IS THIS BEING DONE UNDER YOUR WATCH?**==

==**I call out all elected public officials and public officials for the 5th time, who are representing or working for the corporate entity U.S. Inc. All subsidiaries under the State of Georgia Inc. umbrella, to explain to me their jurisdiction over me. You know, the ones that the "we the people" consented to, only to regulate commerce.**==

==**I want everyone involved who violated my Civil Liberties brought up on Felonies Charges and Capital Felony Treason!!!**==

1. How do you justify that your actions were lawful? Under constitutional laws and God's law of the land, which is the supreme laws of the land. How are you able to inforce a corporate policy/statue on a living man without his agreement of contract? Which you will never have!
2. How you can justify the atrocities that were placed upon me for standing up to my rights given to me by God?
3. How can you commit multiple felonies in order to convict me of 6 misdemeanors?
4. How can you bring me into a tribunal without there being a crime committed or probable cause of a crime committed or warrant?
5. How can you violate the number 1 rule in commerce? No corporate agency can contract with a living man. Has to be 2 alike entities. Where does your presumed authority come from?
6. How can a living man be prosecuted for corporate policies under maritime laws/contract law while being on the land and protected by common law/constitution laws that each one of you swore to God to protect?
7. And so much more…
8. ==**I WANT ANSWERS… and justice for the fraudulent activities executed by these corporate entities that "We the people" consent to.**==

**18 U.S. Code § 1001 - Statements or entries generally**

(a)Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully -

(1) Falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) Makes any materially false, **fictitious**, or **fraudulent statement** or representation; or
(3) Makes or uses any false writing or document knowing the same to contain any materially false, **fictitious, or fraudulent statement or entry;**

**Shall be fined under this title**, imprisoned not more than **5 years** or, if the offense involves international or domestic terrorism (as defined in **section 2331)**, imprisoned not more than **8 years, or both**. If the matter relates to an offense under **chapter 109A, 109B, 110, or 117, or section 1591,** then the term of imprisonment imposed under this section shall be not more than 8 years.

**(b)** Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

24

**(c)** With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

**(1)** Administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

**(2)** Any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

(June 25, 1948, ch. 645, 62 Stat. 749; Pub. L. 103–322, title XXXIII, § 330016 (1) (L), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104–292, § 2, Oct. 11, 1996, 110 Stat. 3459; Pub. L. 108–458, title VI, § 6703 (a), Dec. 17, 2004, 118 Stat. 3766; Pub. L. 109–248, title I, § 141(c), July 27, 2006, 120 Stat. 603.)

**18 U.S.C. § 1961 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 1961. Definitions**

**15 U.S. Code § 1692e - False or misleading statements/representations**
A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

1. The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States or any State, including the use of any badge, uniform, or facsimile thereof.
2. The false representation of—
   **(A)** The character, amount, or legal status of any debt; or
   **(B)** Any services rendered or compensation which may be lawfully received by any debt collector for the collection of a debt.
3. The false representation or implication that any individual is an attorney or that any communication is from an attorney.
4. The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.
5. The threat to take any action that cannot lawfully be taken or that is not intended to be taken.
6. The false representation or implication that a sale, referral, or other transfer of any interest in a debt shall cause the consumer to—
   **(A)** Lose any claim or defense to payment of the debt; or
   **(B)** Become subject to any practice prohibited by this subchapter.
7. The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer.
8. Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

9. The use or distribution of any written communication which simulates or is falsely represented to be a document authorized, issued, or approved by any court, official, or agency of the United States or any State, or which creates a false impression as to its source, authorization, or approval.

10. The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

11. The failure to disclose in the initial written communication with the consumer and, in addition, if the initial communication with the consumer is oral, in that initial oral communication, that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, and the failure to disclose in subsequent communications that the communication is from a debt collector, except that this paragraph shall not apply to a formal pleading made in connection with a legal action.

12. The false representation or implication that accounts have been turned over to innocent purchasers for value.

13. The false representation or implication that documents are legal process.

14. The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization.

**15 U.S.C. § 78ff - U.S. Code - Unannotated Title 15. Commerce and Trade § 78ff. Penalties - $25,000.000.00 fine and 30 years in prison. -**

**(a)Willful violations; false and misleading statements**

Any person who willfully violates any provision of this chapter (other than section **78dd–1 of this title**), or any rule or regulation thereunder the violation of which is made unlawful or the observance of which is required under the terms of this chapter, or any person who willfully and knowingly makes, or causes to be made, any statement in any application, report, or document required to be filed under this chapter or any rule or regulation thereunder or any undertaking contained in a registration statement as provided in subsection **(d)** of section 78o of this title, or by any self-regulatory organization in connection with an application for membership or participation therein or to become associated with a member thereof which statement was **false or misleading with respect to any material fact**, shall upon conviction be fined not more than **$5,000,000**, **or imprisoned not more than 20 years, or both**, except that when such person is a person other than a natural person, a fine not exceeding **$25,000,000** may be imposed; but no person shall be subject to imprisonment under this section for the violation of any rule or regulation if he proves that he had no knowledge of such rule or regulation.

**(b) Failure to file information, documents, or reports**

Any issuer which fails to file information, documents, or reports required to be filed under subsection **(d)** of section 78o of this title or any rule or regulation thereunder shall forfeit to the United States the sum of $100 for each and every day such failure to file shall continue. Such forfeiture, which shall be in lieu of any criminal penalty for such failure to file which might be deemed to arise under subsection (a) of this section, shall be payable into the Treasury of the United States and shall be recoverable in a civil suit in the name of the United States.

**(c) Violations by issuers, officers, directors, stockholders, employees, or agents of issuers.**

1. **(a)** Any issuer that violates subsection (a) or (g) of section 78dd–1 of this title shall be fined not more than **$2,000,000**.

26

(b) Any issuer that violates subsection (a) or (g) of section 78dd–1 of this title shall be subject to a civil penalty of not more than **$10,000** imposed in an action brought by the Commission.

2.  **(a)** Any officer, director, employee, or agent of an issuer, or stockholder acting on behalf of such issuer, who willfully violates subsection (a) or (g) of **section 78dd–1** of this title shall be fined not more than **$100,000**, or imprisoned not more than 5 years, or both.
    **(B)** Any officer, director, employee, or agent of an issuer, or stockholder acting on behalf of such issuer, who violates subsection (a) or (g) of section 78dd–1 of this title shall be subject to a civil penalty of not more than **$10,000** imposed in an action brought by the Commission.

3.  Whenever a fine is imposed under paragraph (2) upon any officer, director, employee, agent, or stockholder of an issuer, such fine may not be paid, directly or indirectly, by such issuer.

(June 6, 1934, ch. 404, title I, § 32, 48 Stat. 904; May 27, 1936, ch. 462, § 9, 49 Stat. 1380; June 25, 1938, ch. 677, § 4, 52 Stat. 1076; Pub. L. 88–467, § 11, Aug. 20, 1964, 78 Stat. 580; Pub. L. 94–29, §§ 23, 27(b), June 4, 1975, 89 Stat. 162, 163; Pub. L. 95–213, title I, § 103(b), Dec. 19, 1977, 91 Stat. 1496; Pub. L. 98–376, § 3, Aug. 10, 1984, 98 Stat. 1265; Pub. L. 100–418, title V, § 5003(b), Aug. 23, 1988, 102 Stat. 1419; Pub. L. 100–704, § 4, Nov. 19, 1988, 102 Stat. 4680; Pub. L. 105–366, § 2(d), Nov. 10, 1998, 112 Stat. 3303; Pub. L. 107–204, title XI, § 1106, July 30, 2002, 116 Stat. 810.)

## 18 U.S. Code § 241 - Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(a), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(a), title XXXII, §§ 320103(a), 320201(a), title XXXIII, § 330016(1)(L), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## 18 U.S. Code § 242 - Deprivation of rights under color of law: 15 year prison sentence and a $15,000 file.

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or

27

both; and if death results from the acts committed in violation of this section or if such acts include ==kidnapping== or an attempt to ==**kidnap, aggravated sexual abuse**==, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

(June 25, 1948, ch. 645, 62 Stat. 696; Pub. L. 90–284, title I, § 103(b), Apr. 11, 1968, 82 Stat. 75; Pub. L. 100–690, title VII, § 7019, Nov. 18, 1988, 102 Stat. 4396; Pub. L. 103–322, title VI, § 60006(b), title XXXII, §§ 320103(b), 320201(b), title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 1970, 2109, 2113, 2147; Pub. L. 104–294, title VI, §§ 604(b)(14)(B), 607(a), Oct. 11, 1996, 110 Stat. 3507, 3511.)

## ==Officers 42 U.S.C. § 1983 Felonies Committed:==

1. **Excessive force/ Physical Assault** under 42 U.S.C. § 1983
2. **Malicious prosecution** under 42 U.S.C. § 1983
3. **False arrest** – A person commits the offense of false imprisonment when, in violation of the personal liberty of another, he arrests, confines, or detains such person without legal authority or jurisdiction. A person convicted of the offense of false imprisonment shall be punished by imprisonment for not less than **one** nor more than **ten years**.
4. **Torture - 15 October 1999** - Where acts constituting torture under the Convention are subject to federal jurisdiction, they fall within the scope of such criminal offences as assault, maiming, murder, manslaughter, attempt to commit murder or manslaughter, or **rape**. See 18 **U.S.C. §§ 113, 114, 1111, 1113, 2031. Conspiracy to commit these crimes**, and being an accessory after the fact, are also crimes. See **18 U.S.C. §§ 3, 371 and 1117.** Where such acts are committed within the **"special maritime and territorial jurisdiction"** located within a state, federal law incorporates criminal defenses as defined by state law. See **18 U.S.C. §§ 7, 13.**
   Conduct falling within the scope of the Convention will often constitute criminal violations of the federal civil rights statutes. For example, violations of **18 U.S.C. §§ 241 and 242** carry a maximum of **10 years in jail** or, if the victim dies, the death penalty. Section 241 penalizes conspiracies to deprive an individual of "the free exercise or enjoyment of a right of privilege **secured by the Constitution or laws of the United States"**. **Section 242** addresses willful deprivation of such rights **"under color of law".**
5. **Kidnapping – 18 U.S.C. 1202 – ransom money; 18 U.S.C. 1203 – hostage-taking; 18 U.S.C. 1201** says, "whoever unlawfully seizes, confines, decoys, kidnaps, abducts, or carries away and holds for ransom or reward any person, or when the person is willfully transported in interstate or foreign commerce across a state boundary is guilty of kidnapping and shall be punished by imprisonment for any term of years or life and, if the death results, by death or life imprisonment."
   **When Is Kidnapping a Federal Crime Rather than a State Crime?** If the crime occurs within the **"special maritime and territorial jurisdiction of the United States."** This includes U.S. maritime boundaries, any U.S.-owned vessel or aircraft, any U.S.-controlled lands not under state law, and any other territory outside foreign boundaries when the victim is a **Citizen of the United States.**
6. **18 U.S.C. § 250 - Penalties for Civil Rights Offenses Involving Sexual Misconduct, Aggravated sexual abuse by force or threat/rape – 18 U.S. Code § 2241 - Aggravated sexual abuse - By**

28

force or threat.—Whoever, in the **special maritime and territorial jurisdiction of the United States or in a Federal prison**, or in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency, knowingly causes another person to engage in a sexual act.

7. **Coercion Under Threats** - "Whoever, under coloring of any law ...willfully subjects any person...to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States of America **[shall be guilty of a crime].**"
Section 242 is intended to "protect all persons in the United States in their civil rights, and furnish the means of their vindication**." Screws v. United States, 325 U.S. 91, 98 (1945)** (quoting legislative history).

To prove a violation of § 242, must prove each of the following elements beyond a reasonable doubt: **(1) that the defendant deprived a victim of a right protected by the Constitution or laws of the United States of America, (2) that the defendant acted willfully, and (3) that the defendant was acting under coloring of law.** ==A violation of § 242 is a felony== if one of the following conditions is met: the defendant used, attempted to use, or threatened to use a dangerous weapon, explosive or fire; the victim suffered bodily injury; the defendant's actions included attempted murder, kidnapping or attempted kidnapping, aggravated sexual abuse or attempted aggravated sexual abuse.

8. **Perjury** - $5000 fine and 5 years in prison

==**Fictitious Conveyance of Language:**== **$10,000 fine and 10 years in prison** – deprive someone and reduce them through trickery of the fraudulent court system is called **racketeering** or **RICO.**
==**Prison Time – RICO**== charges can carry a minimum of 20 years in prison, up to life imprisonment for the most severe offenses. Fines – Fines can vary, but can be up to $250,000 or as much as twice the value of the proceeds of the crime.

**18 U.S.C. § 1961 - U.S. Code - Unannotated Title 18. Crimes and Criminal Procedure § 1961.
Definitions – Penalties -** ==**$1,000.000.00 dollar fine and 30 year prison sentence.**==

**(1) "Racketeering activity"** means any act or threat involving murder, **kidnapping,** gambling, arson, **robbery**, bribery, **extortion.** which is chargeable under State law and punishable by imprisonment for more than **one year;** any act which is indictable under any of the following provisions of title 18, United States Code: section 1028 (relating to fraud and related activity in connection with identification documents), section 1341 (relating to mail fraud), **section 1344 (relating to financial institution fraud),** section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), sections 1461-1465 (relating to obscene matter), section 1503 (relating to obstruction of justice), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), sections 1581-1592 (relating to peonage, slavery, **and trafficking in persons).,  section 1951** (relating to interference with commerce, robbery, or extortion), **section 1952** (relating to racketeering), if the act indictable under such section of such Act was committed for the purpose of ==financial gain==, or (G) any act that is indictable under any provision listed in section 2332b(g)(5)(B); **18 U.S. Code § 2332b -** <u>**Acts of terrorism transcending national boundaries**</u> <span style="color:red">(See attached exhibits.) ('Stare decisis')</span>

29

**42 U.S. Code § 1994 - Peonage abolished**

The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in any Territory or State of the United States; and all acts, laws, resolutions, orders, regulations, or usages of any Territory or State, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.

**PEONAGE, SLAVERY AND TRAFFICKING IN PERSONS:**

**DEFENDANTS GUILTY OF THESE CHARGES:** CHAPTER 77—PEONAGE, SLAVERY, AND TRAFFICKING OF PERSONS aka dead entity/vessel
**Sec. I LOVE LAW... EXSPECIALLY THESE SECTIONS. -** (See Exhibits) (Stare decisis')

**1581.** Peonage; obstructing enforcement.
**1582.** Vessels for slave trade.
**1583.** Enticement into slavery.
**1584.** Sale into involuntary servitude.
**1585.** Seizure, detention, transportation or sale of slaves.
**1586.** Service on vessels in slave trade.
**1587.** Possession of slaves aboard vessel.
**1588.** Transportation of slaves from United States.
**1589.** Forced labor.
**1590.** Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor.
**1591.** Sex trafficking of children or by force, fraud, or coercion.
**1592.** Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor.
**1593.** Mandatory restitution.
**1593A.** Benefitting financially from peonage, slavery, and trafficking in persons.
**1594.** General provisions.
**1595.** Civil remedy.
**1595A.** Civil injunctions.
**1596.** Additional jurisdiction in certain trafficking offenses.
(See exhibits for penalties) (Stare decisis')

**§1593. Mandatory Restitution - (See exhibits for penalties) (Stare decisis')**
**(a) notwithstanding section 3663 or 3663A, and in addition to any other civil or criminal penalties authorized by law, the court shall order restitution for any offense under this chapter.**

**(b)(1)** The order of restitution under this section shall direct the defendant to pay the victim (through the appropriate court mechanism) the full amount of the victim's losses, as determined by the court under paragraph (3) of this subsection.

30

**(2)** An order of restitution under this section shall be issued and enforced in accordance with section 3664 in the same manner as an order under section 3663A.

**(3)** As used in this subsection, the term "full amount of the victim's losses" has the same meaning as provided in section 2259(c) (2) and shall in addition include the greater of the gross income or value to the defendant of the victim's services or labor or the value of the victim's labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act (29 U.S.C. 201 et seq.).

 **(c)** As used in this section, the term **"victim"** means the individual harmed as a result of a crime under this chapter.

(Added Pub. L. 106–386, div. A, §112(a)(2), Oct. 28, 2000, 114 Stat. 1488; amended Pub. L. 110–457, title II, §221(1), Dec. 23, 2008, 122 Stat. 5067; Pub. L. 115–299, §3(c), Dec. 7, 2018, 132 Stat. 4385.)

## CASE LAWS -"Right to travel"

**Benjamin Franklin once said:** "Those who would give up essential Liberty, to purchase a little temporary Safety, deserve neither Liberty nor Safety."

`**Stare Desisi'** – "Already reviewed and clearly described as law."

**Georgia constitution – house bill 7 – "Right to travel Act" Title 40** (See exhibits for penalties) (Stare decisis')

1. **Free people** have a common law and constitutional right to travel on the roads and highways that are provided by their government for that purpose. **Licensing of drivers cannot be required of free people** because taking on the restrictions of a license requires the surrender of an inalienable right; (See attached exhibits.) ('Stare decisis')
2. **Where rights secured by the Constitution of the United States and the State of Georgia are involved**, there can be no rule making or legislation that would abrogate these rights. The claim and exercise of a constitutional right cannot be converted into a crime. **There can be no sanction or penalty imposed upon an individual because of this exercise of constitutional rights;** (See attached exhibits.) ('Stare decisis')
3. **American citizens have the inalienable right** to use the roads and highways unrestricted in any manner so long as they are not damaging or violating property or rights of others. The government, by requiring the people to obtain drivers' licenses, is restricting, and therefore violating, the people's common law and constitutional right to travel;
4. In **Shapiro v Thompson, 394 U.S. 618 (1969),** (See attached exhibits.) ('Stare decisis') Justice Potter Stewart noted in a 31 concurring opinion that the right to travel "is a right broadly assertable against private 32 interference as well as **governmental action**. Like the right of association...it is a virtually 33 unconditional personal right, guaranteed by the Constitution to us all."
   **SECTION 5.** All laws and parts of laws in conflict with this Act are repealed.

## 2020 Georgia Code Title 9 - Civil Practice Chapter 12 - Verdict and Judgment Article 1 - General Provisions § 9-12-16. Validity of Judgment When Court Does Not Have Jurisdiction
**Georgia Code § 15-1-2 (2020)** - No Jurisdiction by Consent
The judgment of a court having no jurisdiction of the person or the subject matter or which is void for

31

any other cause is a mere nullity and may be so held in any court when it becomes material to the interest of the parties to consider it.

US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd 392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264, 404, 5LEd 257 (1821) - (See attached exhibits.) ('Stare decisis')
"When a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. SHE CAN NOW BE ARRESTED!

Pursuant to URCRP Rule 25 (b)(4) it must be dismissed. – ALL CHARGES!
Jurisdiction. Once challenged, is to be proven, not by the court. But by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. See, **McNutt v. General Motors Acceptance Cmp... 298 U.S. 178 (1936).** The 01-signs of this doctrine of law may be found in MAXFIELD v. LEVY. -I U.S. 330 (1797)., / U.S. 330 (Dall.) 2 Dall. 381 2 U.S. 3811 L.Ed. 424

Bacahanan vs Wanley, 245 US 60. (See attached exhibits.) ('Stare decisis')
Non-emergency use of emergency vehicle lights and sirens is a felony. "State police power extends only to immediate threats to public safety, health, welfare, etc. " Michigan v Duke"; "The police power of the state must be exercised in subordination to the provisions of the U.S. Constitution".

People v. Nothaus, 144 7 Colo. 210. (See attached exhibits.) ('stare decisis')
"No State government entity has the power to allow or deny passage on the highways, byways, nor waterways ... transporting his vehicles and personal property for either recreation or business ... **Travel is not a privilege requiring licensing, vehicle registrations, or forced insurances".**

"Self v Rhay" (See attached exhibits.) ('Stare decisis')
Wn 2d 261, codes and statutes are not law they are corporate by laws".

(Cruden v. Neale) (See attached exhibits.) ('Stare decisis')
The United States Supreme Court confirmed this when they said: "… every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."

Slusher vs. Safety Coach Transit Co., 229 Ky 731, 17 SW2d 1012, and affirmed by the Supreme Court in Thompson vs. Smith 154 S.E. 579. (See attached exhibits.) ('stare decisis')
"The right of a citizen to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness.

Escobedo vs. State 35 C2d 870 in 8 Cal Jur 3d p.27 (see attached exhibits.) ('Stare decisis')
"Highways are for the use of the traveling public, and all have the right to use them in a reasonable and proper manner; the use thereof is an in-a-lien-able right of every citizen.

Rosenblatt vs. California 158 P2d 199, 300 (see attached exhibits.) ('Stare decisis')
In California, a license is defined as "A permit, granted by an appropriate governmental body, generally

32

for a consideration, to a person or firm, or corporation to pursue some occupation or to carry on some business subject to regulation under the police power.

**Adams vs. City of Pocatello 416 P2d 46 & Pontius vs. McClean 113 CA 452** (see attached exhibits.) ('stare decisis')

"Operation of a motor vehicle upon public streets and highways is not a mere privilege but is a RIGHT or liberty protected by the guarantees of Federal and State constitutions "One who DRIVES an automobile is an operator within meaning of the Motor Vehicle Act."

==Investigations and Prosecutions - The Department of Justice ("The Department") vigorously investigates and, where the evidence permits, prosecutes allegations of Constitutional violations by law enforcement officers. The Department's investigations most often involve alleged uses of excessive force, but also include sexual misconduct, theft, false arrest, and deliberate indifference to serious medical needs or a substantial risk of harm to a person in custody. These cases typically involve police officers, jailers, correctional officers, probation officers, prosecutors, judges, and other federal, state, or local law enforcement officials. The Department's authority extends to all law enforcement conduct, regardless of whether an officer is on or off duty, so long as he/she is acting, or claiming to act, in his/her official capacity.==

In addition to __Constitutional violations__, the Department prosecutes law enforcement officers for related instances of obstruction of justice. This includes attempting to prevent a victim or witnesses from reporting the misconduct, lying to federal, state, or local officials during the course of an investigation into the potential misconduct, **writing a false report to conceal misconduct, or fabricating evidence.** Of which officer __Cpl. Tyler Scott - Bdg #1235__ did. Along with many other defendants.

**The principles of federal prosecution**, set forth in the United States Attorneys' Manual **("USAM")**, require federal prosecutors to meet two standards in order to seek an indictment.

First, the government must be convinced that the potential defendant committed a federal crime. Second, the government must also conclude that the government would be likely to prevail at trial, where the government must prove the charges beyond a reasonable doubt.

==URCRP Rule 7b (c)== __If no probable cause. If the magistrate does not find probable cause__ to believe the __crime__ charged has been committed or the defendant committed it, the magistrate ==must dismiss== the information and discharge the defendant. The magistrate may enter findings of fact, conclusions of law, and an order of dismissal.

==5 U.S. Code § 556== **- Hearings; presiding employees; powers and duties; burden of proof; evidence; record as basis of decision – BURDEN OF PROOF**
**(d)** Except as otherwise provided by statute, the proponent of a rule or order has the burden of proof. Any oral or documentary evidence may be received, but the agency as a matter of policy shall provide for the exclusion of irrelevant, immaterial, or unduly repetitious evidence. A sanction may not be imposed or rule or order issued except on consideration of the whole record or those parts thereof cited by a party and supported by and in accordance with the reliable, probative, and substantial evidence.

Three levels of the burden of proof, "beyond a reasonable doubt," a "preponderance of the evidence," and "clear and convincing" determine the level of evidence required for a claim.

33

**What is the definition of 18 USC 31?** (See attached exhibits.) ('Stare decisis')
The term "motor vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for **commercial purposes** on the highways in the transportation of passengers, passengers and property, or property or cargo.
**(49 U.S. Code § 31301)** (See attached exhibits.) ('Stare decisis')

**JUDGE CREATING A HOSTILE ENVIROMENT** - (See attached exhibits.) ('stare decisis')
2020 Georgia Code - Title 45 - Public Officers and Employees
Chapter 11 - Miscellaneous Offenses Concerning Public Officers and Employees
§ 45-11-4. Unprofessional Conduct; Misdemeanor; Applicability

**Cargile v. State**, 67 Ga. App. 610, 21 S.E.2d 326 (1942); **Phillips v. State**, 127 Ga. App. 499, 194 S.E.2d 278 (1972).** (See attached exhibits.) ('Stare decisis')
The question as to whether malpractice has been committed can only be answered by considering the laws defining the particular official's duties along with the malpractice statute; only by reading those provisions into this section is it made sufficiently definite to satisfy the requirements of a valid penal.

**18 U.S. Code§ 245 (b) (2) (e) - Federally protected activities**
**(e)** traveling in or using any facility of interstate commerce, or using any vehicle, terminal, or facility of any common carrier by motor, rail, water, or air;

**18 U.S. Code § 2071 - Concealment, removal, or mutilation generally** (See attached exhibits.) ('Stare decisis')
**(a) Whoever willfully and unlawfully conceals**, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.

**(b)Whoever,** having the custody of any such record, proceeding, map, book, document, paper, or other thing, **willfully and unlawfully conceals**, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than **three years**, or **both;** and shall forfeit his office and be disqualified from holding any office under the United States.

**Simon v Craft. 182 US 427 – DUE PROCESS**
"The essential elements of due process are **notice** and an **opportunity to defend**."
Without lawful notice, there is no personal jurisdiction and all proceedings prior to filing of a proper trial document in compliance with the **elements of jurisdiction is void**.

**Pre-judgment interest** is interest that is added to a plaintiff's monetary award in respect of past losses suffered prior to the date judgment is pronounced. Pre-judgment interest may be awarded by statute.

**Rule 38. Right to a Jury Trial; Demand** -
**(a)** Right Preserved. The right of trial by jury as declared by the Seventh Amendment to the Constitution—or as provided by a federal statute—is preserved to the parties inviolate.

**Article 6 Clause 2 of the Constitution?**

34

The **Supremacy Clause of the Constitution of the United States** (**Article VI, Clause 2**) establishes that the Constitution, federal laws made pursuant to it, and treaties made under its authority, constitute the "SUPREME LAW OF THE LAND", and **thus take priority over any conflicting state laws.**

**Police Use of Force:** Communities are not confident in that expectation and do not trust fair police-community interactions. Communities have demanded reforms to foster better community-police relations and to prevent unjustified and excessive police uses of force. Police officers have the difficult and admirable job of providing crucial services to the communities they protect and serve. Their job sometimes puts them in harm's way and may require the use of force. Accordingly, police officers must operate with the highest standards of professionalism and accountability. Every community resident should be able to live, work, and travel confident in an expectation that interactions with police officers will be fair, operate consistent with constitutional norms, and be guided by public safety free from bias or discrimination. Unfortunately, today, too many violate their oaths. https://www.aclunc.org/our-work/legislation/police-transparency-accountability-sb-286 (last accessed Oct. 25, 2018).

**THREAT IS IMMINENT – A GUN AND TASER HAS ALREADY BE PULLED ON ME. A TRIGGER PULL AWAY FROM DEATH, AMONG MANY OTHER THINGS.**

**REQUEST FOR EMERGENCY INJUNCTIVE RELIEF** - Plaintiff seeks to enjoin the Defendants from the following: a) Conducting or participate in conference, hearings or trial or in issuing any orders related to or involving Plaintiff; b) Taking any action to kidnap Plaintiff. c) Taking any action to take property in use by Plaintiff.

**THREAT IS IMMINENT -** Plaintiff respectfully requests that the **Emergency Temporary Restraining Order** be issued without notice for plaintiff, and family alike, from McIntosh County, State of Georgia's Sheriff Department and agencies alike. For they have proven to resort to violence and I fear for my life.

**JURISDICTION**

This Court has subject matter jurisdiction over this case pursuant to title **28 U .S.C. § 1331**, as this action arises under violations of the **First, Fourth, Fifth, Sixth, Seventh, Ninth amendments to the United States Constitution** by named defendants above; under **title 28 U.S.C. § 1343(a)(3)**, in that it is brought to prevent imminent deprivations, under color of state law, of rights, privileges, and immunities secured by the United States Constitution; under **title 28 U.S.C. § 1343(a)(4)**, in that it seeks to recover damages and secure equitable relief under an Act of Congress, specifically, **title 42 U.S.C. § 1983**, which provides a cause of action for the protection of civil and constitutionally secured rights; under title **28 U.S.C. § 2201 and 2202,** to secure preliminary and injunctive relief from imminent deprivations of Plaintiffs right in property.

   **Plaintiff is NOT** a member of the B.A.R. Association and is proceeding in **"propria persona"** in this action. Furthermore, the courts have held that action that is brought by sovereign individuals, is not to be held to the same high standards as action brought by licensed attorneys. **I demand that all trial by jury proceedings/proceeding arguments are conducted and evaluated in the laws of the constitution of the United State of American/Common law, Black's Law Dictionary/God's Law and is argued in English and legalese be left out.  It's a commerce term and the meaning of legal is "The undoing of GOD"s law" and will have no place in my court proceedings. Everything will be referred to as lawful or unlawful acts.** I will be filing all claims/complaints found during these proceedings. Due process will be evaluated and executed according to the law. Including judges who over step there authority. **Again, all**

==that is required is that the pleading be in a format that "any reasonable person could understand" which this pleading conforms to.==

## PRAYER FOR RELIEF

1. **The Plaintiff's PRAYER FOR RELIEF is as followed:**
2. Wherefore, The Plaintiff was put through TREMENDOUS, INEXPLICABLE, IMMENSE, EXORBITANT BARBARIC FORCES of Coercion using TORTURE, DEADLY THREATS TO HIS LIFE and SAFETY. Who KIDNAPPED, ABUSED, GIVEN DIS-IMFORMATION of FACTS, CONSPIRING AGAINST his CIVIL RIGHTS. RAPED him, SPRAY him DOWN WITH FOREIGN TOXINS, BREAKING and ENTERING, BEATINGS without MEDICAL ATTENTION placed upon him by corporate entities and policy enforcers working outside their jurisdictions. Who has caused permanent Irreversible psychological damages, permanent physical damages by the **Defendants actions.**
3. Plaintiff demands judgement against Defendants ("State of Georgia Inc. and all subsidiaries and officers mentioned above") for **compensatory, Injunction** and **punitive damages.**
4. ==Out of court settlement of **$10,000,000** dollars **real money** plus owed funds of **$5000** and court fees and to **drop all charges.**==
5. All cases/summons against me and on my record expunged and sealed from the beginning of time due to the courts **LIES/treason/fraudulent activities/dis-information of facts.**
6. **5 STAR Passports:** to reflect ==**American State National**== or ==**Citizen of the United State**== to whom I see fit.
7. McIntosh Sheriff Jail house to be inspected by me for any and all emolument violation to be found.
8. **Both Judges, Attorneys, Officers** - Samuel G. Oliver, Jean C. Bolin, Richard E. Braun, Adam Poppell, Patrick Zoucks, Mayor Hugh Hodge and Brian P. Kemp, - Sheriff Stephen D. Jessup – Bdg #, Sgt. Maj. Jennifer Miller – Bdg #, Cpl. Austin Snachez - Bdg #1212, Cpl. Tyler Scott - Bdg #1235, Officer Chris Mitchel - Bdg #1219, Deputy Chief George Trexler – Bdg #, Christopher Chapman - Bdg #1214, Cpl. Jones – Bdg # 1239.
   ==I demand a **COPY OF: Oath of Office**== signed documents from the **Secretary of State of Georgia** and ==**18 FAM 201.3 - Declaration of Authority Order**== from all Defendants.
9. **Both Judges and Attorneys** - Samuel G. Oliver, Jean C. Bolin, Richard E. Braun, Adam Poppell, Patrick Zoucks, Mayor Hugh Hodge and Brian P. Kemp.
   **I request all emails for the last year pertaining to my case.**
10. **All inmates in jail** without probable cause or warrant signed by a judge with 2 or more witness and with everyone sworn in under oath, and in fear of perjury. (**"I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on (date). (Signature)"**). - must be proven.
11. ==**All Agencies and Officers who conspired against my civil liberties, be held accountable at the highest level of the law, for they are to be held at a higher level of professionalism and should pay a higher level of justice served.**==
12. ==**If we go to court:**== Base minimum of ==**$15,000.000.**== Including the tort claims against the DOAS Risk Management Malfeasance Insurance Bond given to each agency and officer who committed **felonies** and ==**conspired**== to violate my **CIVIL LIBERTIES.**

13. <mark>I demand:</mark> that <u>Sheriff Stephen D. Jessup, Cpl. Tyler Scott - Bdg #1235, MCSD – Cpl. Jones – Bdg #</u> <u>1239 </u>be fired or there will be absolutely no negotiations. Don't make me mad or I'll add more names to the list.

## -Closing Statement-
### - ALL LAWS and/or AUTHORITY IS BASED OFF OF JURISDICTION -

**Your Honour/trust,**

**I just want to say on a personal note:** I am a Godly man who would literally give you the shirt off my back. I go through life helping other and never taking. I have spent months doing everything I can to help the victims of hurricane Helene in the Spruce Pine, NC mountains/Asheville, NC mountains for little or no money in return. People are in need of help!

**The state of Georgia hurt me bad, and I mean bad...** physically and long term emotionally damage, that I may never get over. This kind of abuse by anybody to another individual is unacceptable and they're doing this on a daily basis to everyone they snatch off the highways. Just read all the complaints online. I'm sure that is just a small amount who felt the need to get their word out there. Even if I had committed a crime, the way the policy enforcer treated me a man, was unconscionable. With great power comes great responsibility and this system is out of control. The state of Georgia Inc. has set up a De facto abusive court system/officers where they can practically get away with unconscionable acts against humanity. All for a monetary gain. I am a man and therefore I have rights given to me by God. They stripped me of simple humanitarian rights over what, allegedly going a few miles an hour over a speed limit. Which for the record, crew control was set at 70/70 and was in no hurry. This uncontrollable deep state terrorism has to stop. I'm in this until the end and I will not quit, until justice is prevailed.

**Your Honour** … I have dominion over **<u>all three of the jurisdictions</u>**, **<u>Land</u>**, **<u>Air</u>** and **<u>Water</u>** which = **LAW**. I was dragged/summoned into a tribunal without there being a crime under the presumption, I was a US Citizen under the 14th amendment. I am an American State Citizen of the United States. Here's the ironic/fraudulent act of the government and de facto court system. If I were to come into court claiming I was a U.S. Citizen, I could lawfully be arrested and put into jail according to **<u>18 U.S.C. § 911 - Citizen of</u>** **<u>the United States - Crimes and Criminal</u>**: **(see exhibit def. #63).** Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned **not more than three years, or both.** The policy enforcers didn't have a lawful right or jurisdiction to even pull me over. Instead the foreign government steals my name and creates a dead entity in order to enslave me under their doctrine as a member, through lies, deception and disinformation of facts. **<u>SLAVERY</u>** without consent. Making **<u>everything</u>** that happened to me **felonies/treason/kidnapping/rape and trafficking of people**. Judge Jean C. Bolin did not have anything to adjudicate. But maliciously did while out of her jurisdiction of commerce/contract law. I will fight this to the supreme courts if necessary. If I do not get the outcome I deserve and justice served, I'll be appealing this to the higher courts.

I'm here to put a stop to this fraudulent system. **The Constitution of the United State of America** and **"The Bill of Right"** cannot and will not be surpassed or over powered by a state statues/policies or by-laws. **"We The People"** is in the header on the <mark>**Bill of Rights**</mark>. Why? Because, we are the **principle** not the **agent**. We can become an agent but only by our consent. I have presented all the facts and evidence showing my rights are supported by law and everything done to me was a **violation/felonies** committed

37

against me and all of my civil liberties. I can prove **conspiracy, trafficking** with <mark>**MALICIOUS INTENT**</mark> for profit dating all the way back to 1666. I will show the courts how everyone, **Judges, prosecutor** and **courts defender** is getting a cut/retainer out of my **cestiv que vie trust** account using a **cusip#** created by my social security number as a bond. I will even show how this system of fraud was put into place by **Edward Mandell House in 1903**, as was implemented on **Aug, 4th, 1935** with the **S.S. Act.** A letter he wrote to **Woodrow Wilson**. So so much more… I think you get the point.

I am here making a stand against this corruption/fraud under a lawful executive order by president <mark>**Donald J. Trump**</mark> who has asked for help from **"WE THE PEOPLE"** who <mark>**consented to United States Inc! with a signed jay treaty.**</mark> I am here to assist in the restructuring of the executive branch citing the **Qui Tam Provision 31 U.S. Code, § 3730(b), (c).** Being a **board member of the real "WE THE PEOPLE" an American State National, or Citizen of the United States. 18 U.S. Code § 112, 18 USC 112 3,(c), I'm asking for your help.**

<mark>**You're Honour, WILL YOU HELP ME to clean up this corrupt system?**</mark> I was on land when all this occurred. Common law territory. **I did not commit a crime.** There is nothing they can dispute or rebut since they are working for a foreign corporate agency of British Columbia and I don't have a contract with them. Plus, a living man cannot contract with a corporate entity.

If this goes to trial, then I will demand a **trial by jury.** My evidence is stacked high on all of the felonies committed against me. <mark>**They had nothing on me.**</mark> I demand that all parties are held accountable. **The State of Georgia, subsidiaries, lawyers and officers aka/ defendants** <mark>**lost their absolute/qualified immunities**</mark> when they came out of their jurisdiction to brutally convict me of a mistermeaner, while being under the **protection of common law/God's laws as written in the constitution of The United States of America.** I demand that all **"prayer for relief"** requested be granted to me. **I will now take this opportunity to call for a constitutional court of records. To ask for a** <mark>**summary judgment**</mark> **upon the truth and facts placed upon this record by my documents and I stand firmly upon my rights. (All rights reserved).** <mark>**Can I get that summary judgment your honor? May I get that summary judgment your honor? Can I get that summary disposition your honor?**</mark>

**WITHOUT RECOURSE**
Pay all relief requested to:
Pay to the order of:
TERRY DELAN SIMPSON
By: /s/ Terry Delan Simpson, principal agent
…………………..
Terry Delan Simpson, Attorney-in-fact, pro se'
I reserve all rights. UCC 1-308

**All Title 18 crimes**, which normally do not have a "private right of action" in litigation, are hereby entered into this novation as a **CONTRACTUAL** aspect of our private agreements. Meaning that all of these Codes are now enforceable in a civil court as a private part of our contractual obligations and **THESE CODES ARE NOW ACTIVE TO BEING CAUSE OF ACTION IN A CIVIL COURT.**

38

**Signature Section (PER; 28 U.S. Code § 1746) "If executed without the United States")** Sworn in declarations under penalty of perjury

1. I _Terry Simpson_ " "declare under penalty of perjury under the law of United States of America that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States Inc, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States Inc.

Executed on _Dec 27, 2024_ (Date :)

In Honor, and with all **God given rights** reserved retained herein.  I, hereby place my Autograph below:

Without recourse, Terry Delan Simpson, Agent for: TERRY DELAN SIMPSON

**Petitioner,** _Terry Simp_
I reserve all rights. UCC 1-308 - FURTHER I SAYETH NOT.

Notary Republic as JURAT CERTIFICATE:

_North Carolina_ State

_Madison_ County

On _12/27/2024_ date before me,

Terry Simpson
P.O. Box 84
MARS Hill, NC [28754]

a Notary Public, personally appeared before me and proved to me on the basis of satisfactory evidence to be the man/woman whose Name is subscribed to the within attached instrument and acknowledged to Me that he/she executed the same in his authorized capacity, And that by his/her autograph(s) on the instrument the man/woman executed, this Trust Declaration.

I certify under PENALTY OF PERJURY under the lawful laws of

 North Carolina State and that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Of Notary Republic / Jurat

Kimberlyn Bellofatto
NOTARY PUBLIC
Madison County
North Carolina
My Commission Expires _2|3|27_

seal

**Notice to agents is notice to principal, Notice to principal is notice to agent.**