# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Terry Delan Simpson, | ) | NOTICE OF DEFICIENCY |
| Plaintiff, | ) | |
| | ) | 1:24-cv-00310-MOC-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| State of Georgia, Inc.-069230183, et al | ) | |
| | | |
| Defendant(s). | | |

This case is deficient in the following respect:

- ✓ You must either file a fully completed Application to Proceed without Prepayment of Fees or Costs on the Long Form (AO 239), or pay the filing fee of $405.00.

Plaintiff is DIRECTED to correct the deficiency listed above and return the papers or pay the filing fee within twenty-one (21) days from the filing of this notice. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

December 27, 2024

_____
Katherine Hord Simon, Clerk
United States District Court