# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 1:24-cv-00310

| | |
|---|---|
| **TERRY DELAN SIMPSON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **STATE OF GEORGIA, INC. -069230183, et al.,** | ) |
| **Defendants,** | ) |

**THIS MATTER** is before the Court sua sponte on Plaintiff's failure to comply with the Clerk's Order to Cure Deficiency. [Doc. 5].

Pro se Plaintiff Terry Delan Simpson ("Plaintiff") filed this action on December 27, 2024, purporting to state claims under 42 U.S.C. § 1983 against approximately 35 Defendants, including "10-12 un-named sheriff officer[s]," the "State of Georgia, Inc.-069230183," various municipalities, court and law enforcement entities and officials, attorneys, elected officials, and a towing company.[1] [Doc. 1]. Plaintiff, however, failed to pay the filing fee or file a motion to proceed in forma pauperis (IFP). On December 27, 2024, the Clerk entered an Order to Cure Deficiency requiring the Plaintiff to pay the filing fee or apply to proceed IFP within 21 days of the Clerk's Order. [Doc. 5].

The deadline to cure the deficiency has passed, and Plaintiff has failed to comply. The Court, therefore, will dismiss this action without prejudice for Plaintiff's failure to prosecute. The Court will direct the Clerk to terminate Plaintiff's pending motions in this matter.

---

[1] Plaintiff alleges that all Defendants reside in the State of Georgia [Doc. 1 at 3], and it appears that a substantial part of the events or omission giving rise to Plaintiff's claims also occurred in Georgia.

Should Plaintiff refile this action, he is admonished that the Western District of North Carolina is not the proper venue for it.  See 28 U.S.C. § 1391(b).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is **DISMISSED** without prejudice for Plaintiff's failure to prosecute.

The Clerk is instructed to terminate this action and all of Plaintiff's pending motions in this matter.

**IT IS SO ORDERED**.

Signed: January 27, 2025

Max O. Cogburn Jr
United States District Judge